**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |

Write the name that is on your government-issued picture identification (for example, your driver's license or passport).

Bring your picture identification to your meeting with the trustee.

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| **Brandon** | **Neallisha** |
| First Name | First Name |
| **D.** | **S.** |
| Middle Name | Middle Name |
| **French** | **French** |
| Last Name | Last Name |
| **Sr.** | |
| Suffix (Sr., Jr., II, III) | Suffix (Sr., Jr., II, III) |

2. **All other names you have used in the last 8 years**

Include your married or maiden names.

| First Name | First Name |
|---|---|
| Middle Name | Middle Name |
| Last Name | Last Name |

3. **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

xxx – xx – <u>8</u>  <u>9</u>  <u>2</u>  <u>1</u>

OR

9xx – xx – ____ ____ ____ ____

xxx – xx – <u>6</u>  <u>3</u>  <u>5</u>  <u>6</u>

OR

9xx – xx – ____ ____ ____ ____

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                                                    Case number (if known) _____

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4.**   **Any business names
and Employer
Identification Numbers
(EIN) you have used in
the last 8 years**

☑  I have not used any business names or EINs.          ☑  I have not used any business names or EINs.

Include trade names and
doing business as names

_____                    _____
Business name                                              Business name

_____                    _____
Business name                                              Business name

_____                    _____
Business name                                              Business name

_ _ _ – _ _ _ _ _ _ _                         _ _ _ – _ _ _ _ _ _ _
EIN                                                                EIN

_ _ _ – _ _ _ _ _ _ _                         _ _ _ – _ _ _ _ _ _ _
EIN                                                                EIN

**5.**   **Where you live**                                             If Debtor 2 lives at a different address:

**2915 Quail Hawk Dr.**                            _____
Number     Street                                            Number     Street

_____                    _____

_____                    _____

**Houston**            **TX**    **77014**              _____
City                     State    ZIP Code                City                     State    ZIP Code

**Harris**                                                     _____
County                                                        County

**If your mailing address is different from
the one above, fill it in here.** Note that the
court will send any notices to you at this
mailing address.

**If Debtor 2's mailing address is different
from yours, fill it in here.** Note that the
court will send any notices to you at this mailing
address.

_____                    _____
Number     Street                                            Number     Street

_____                    _____
P.O. Box                                                       P.O. Box

_____                    _____
City                     State    ZIP Code                City                     State    ZIP Code

**6.**   **Why you are choosing
this district to file for
bankruptcy**

*Check one:*                                                   *Check one:*

☑  Over the last 180 days before filing this       ☑  Over the last 180 days before filing this
petition, I have lived in this district longer              petition, I have lived in this district longer
than in any other district.                                    than in any other district.

☐  I have another reason.  Explain.                 ☐  I have another reason.  Explain.
(See 28 U.S.C. § 1408.)                                    (See 28 U.S.C. § 1408.)

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.**   **The chapter of the
Bankruptcy Code you
are choosing to file
under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing
for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑  Chapter 7

☐  Chapter 11

☐  Chapter 12

☐  Chapter 13

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                                    Case number (if known) _____

| | | |
|---|---|---|
| **8.** | **How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

District _____  When _____  Case number _____
                                MM / DD / YYYY

District _____  When _____  Case number _____
                                MM / DD / YYYY

District _____  When _____  Case number _____
                                MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____  Relationship to you _____

District _____  When _____  Case number, _____
                                MM / DD / YYYY    if known

Debtor _____  Relationship to you _____

District _____  When _____  Case number, _____
                                MM / DD / YYYY    if known

**11. Do you rent your residence?**

☐ No.    Go to line 12.

☑ Yes.    Has your landlord obtained an eviction judgment against you?

☑ No.  Go to line 12.

☐ Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**                    Case number (if known) _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.
☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number     Street

_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____  _____  _____
City                 State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.  If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

☑ No
☐ Yes.  What is the hazard?

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed?

Where is the property? _____
Number     Street

_____

_____  _____  _____
City                 State    ZIP Code

---

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**           Case number (if known) _____

---

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                                        Case number (if known) _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☐ No. Go to line 16b.
- ☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?**  *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

- ☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

- ☐ 1-49
- ☐ 50-99
- ☑ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

Debtor 1 **Brandon D. French, Sr.**

Debtor 2 **Neallisha S. French**      Case number (if known) _____

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Brandon D. French, Sr.** _____
     Brandon D. French, Sr., Debtor 1

Executed on **03/28/2019** _____
         MM / DD / YYYY

X **/s/ Neallisha S. French** _____
     Neallisha S. French, Debtor 2

Executed on **03/28/2019** _____
         MM / DD / YYYY

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**                                    Case number (if known) _____

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

X **/s/ Christopher Morrison**                    Date **03/28/2019**

Signature of Attorney for Debtor                         MM / DD / YYYY

**Christopher Morrison**

Printed name

**Christopher Todd Morrison, P.C.**

Firm Name

**1306 Dorothy Street**

Number        Street

_____

_____

**Houston**                                    **TX**        **77008**

City                                             State      ZIP Code

Contact phone   **(713) 863-1001**        Email address **attyctm2100@yahoo.com**

**24010250**                                    **TX**

Bar number                                        State

**Fill in this information to identify your case and this filing:**

Debtor 1    **Brandon**          **D.**          **French, Sr.**
            First Name           Middle Name     Last Name

Debtor 2    **Neallisha**        **S.**          **French**
(Spouse, if filing) First Name   Middle Name     Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)    _____

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property                                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☑ No.  Go to Part 2.
    ☐ Yes.  Where is the property?

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any
    entries for pages you have attached for Part 1. Write that number here......................................➔  | **$0.00** |

### Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?  Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

    ☐ No
    ☑ Yes

| 3.1. | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Honda** | ☐ Debtor 1 only | | |
| Model: | **Accord** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2005** | ☑ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **225,016** | ☐ At least one of the debtors and another | **$2,500.00** | **$2,500.00** |
| Other information: | | | | |
| **2005 Honda Accord (approx. 225,016 miles)** | | ☑ Check if this is community property<br>(see instructions) | | |

| 3.2. | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Nissan** | ☐ Debtor 1 only | | |
| Model: | **Altima** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2011** | ☑ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **126,255** | ☐ At least one of the debtors and another | **$7,520.00** | **$7,520.00** |
| Other information: | | | | |
| **2011 Nissan Altima (approx. 126,255 miles)** | | ☑ Check if this is community property<br>(see instructions) | | |

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**                                    Case number (if known) _____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any
   entries for pages you have attached for Part 2. Write that number here.........................................→   | **$10,020.00** |

| Part 3: | Describe Your Personal and Household Items |

Do you own or have any legal or equitable interest in any of the following items?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe..... **Kitchen utensils and dishware $200, kitchen table and chairs $100, sofa         $1,240.00
   $200, chairs $100, coffee table $30, lamps $40, 4 beds $400, dresser $40,
   towels and linens $130**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
   music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe..... **3 tvs $350, 2 cell phones $600**                                                  $950.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
   stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☑ Yes. Describe..... **Books, pictures, decorations**                                                    $70.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
   canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe..... **3 bicycles $150, treadmill $50, weights $50, misc childrens toys and sports       $255.00
   equipment $55**

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe..... **Clothing, shoes, belts etc**                                                      $635.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver

    ☐ No
    ☑ Yes. Describe..... **Jewelry, rings, earrings, necklaces, watches**                                    $795.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe.....

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                                    Case number (if known) _____

**14.** **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific
   information............

**15.** **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.** ...................................................................... ➡ | **$3,945.00** |

| **Part 4:** | **Describe Your Financial Assets** |

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**16.** **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes............................................................................................... Cash: ........................... | **$55.00** |

**17.** **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes.......................... Institution name:

17.1.    Checking account:    **Checking account, Chase Bank**    | **$695.00** |

**18.** **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes.......................... Institution or issuer name:

**19.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific
   information about
   them.......................... Name of entity:                          % of ownership:

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.

*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
   information about
   them.......................... Issuer name:

**21.** **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes. List each
   account separately.    Type of account:    Institution name:

              401(k) or similar plan:  **401(k)**                          | **$1,269.00** |

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                               Case number (if known) _____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No

☑ Yes............................           Institution name or individual:

           Security deposit on rental unit:  **Security deposit on rental unit**                         **$1,495.00**

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes............................        Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes............................        Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes.  Give specific
information about them                                            _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes.  Give specific
information about them                                            _____

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes.  Give specific
information about them                                            _____

**Money or property owed to you?**                                          **Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**28. Tax refunds owed to you**

☑ No

☐ Yes.  Give specific information
about them, including whether
you already filed the returns
and the tax years......................        Federal:_____

                                                    State:_____

                                                    Local:_____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes.  Give specific information                          Alimony:    _____

                                                Maintenance:    _____

                                                  Support:    _____

                                          Divorce settlement:_____

                                          Property settlement:_____

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**                                    Case number (if known) _____

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes.  Give specific information                                                        _____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes.  Name the insurance
company of each policy
and list its value................ Company name:              Beneficiary:              Surrender or refund value:

**Life Insurance Policy (term)**     **Debtors children**                    **$1.00**

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No

☐ Yes.  Give specific information                                                        _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes.  Describe each claim........                                                       _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes.  Describe each claim........                                                       _____

**35. Any financial assets you did not already list**

☑ No

☐ Yes.  Give specific information                                                        _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................ ➜  | **$3,515.00** |

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.

☐ Yes.  Go to line 38.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes.  Describe..                                                                      _____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes.  Describe..                                                                      _____

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                                    Case number (if known) _____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..                                                                    _____

**41. Inventory**

☑ No
☐ Yes. Describe..                                                                    _____

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:                              % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ☐ No
      ☐ Yes. Describe.....                                                         _____

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have
     attached for Part 5. Write that number here.........................................................................** ➔ | $0.00 |

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....                                                                            _____

**48. Crops--either growing or harvested**

☑ No
☐ Yes. Give specific
     information...............                                                     _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....                                                                            _____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                                                                            _____

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**                                     Case number *(if known)* _____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes.  Give specific
information................                                                      _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6. Write that number here**...........................................................................➔ | $0.00 |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No

☐ Yes.  Give specific information.

**54. Add the dollar value of all of your entries from Part 7.  Write that number here**.............................➔ | $0.00 |

| **Part 8:** | **List the Totals of Each Part of this Form** |

**55. Part 1: Total real estate, line 2**...................................................................................➔   $0.00

**56. Part 2: Total vehicles, line 5**                              $10,020.00

**57. Part 3: Total personal and household items, line 15**         $3,945.00

**58. Part 4: Total financial assets, line 36**                    $3,515.00

**59. Part 5: Total business-related property, line 45**           $0.00

**60. Part 6: Total farm- and fishing-related property, line 52**  $0.00

**61. Part 7: Total other property not listed, line 54**      +    $0.00

**62. Total personal property.**   Add lines 56 through 61...........   | $17,480.00 |   Copy personal
property total  ➔  +   $17,480.00

**63. Total of all property on Schedule A/B.**   Add line 55 + line 62...........................................   | $17,480.00 |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Brandon** | **D.** | **French, Sr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Neallisha** | **S.** | **French** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>SOUTHERN DISTRICT OF TEXAS</u>

Case number
(if known) _____

☐ Check if this is an
   amended filing

<u>Official Form 106C</u>
# Schedule C: The Property You Claim as Exempt
**04/16**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2005 Honda Accord (approx. 225,016 miles)**<br>Line from *Schedule A/B*: __3.1__ | **$2,500.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description:<br>**2011 Nissan Altima (approx. 126,255 miles)**<br>Line from *Schedule A/B*: __3.2__ | **$7,520.00** | ☑ **$54.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**                                    Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Kitchen utensils and dishware $200, kitchen table and chairs $100, sofa $200, chairs $100, coffee table $30, lamps $40, 4 beds $400, dresser $40, towels and linens $130**<br>Line from *Schedule A/B*: **6** | **$1,240.00** | ☑ **$1,240.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**3 tvs $350, 2 cell phones $600**<br>Line from *Schedule A/B*: **7** | **$950.00** | ☑ **$950.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Books, pictures, decorations**<br>Line from *Schedule A/B*: **8** | **$70.00** | ☑ **$70.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**3 bicycles $150, treadmill $50, weights $50, misc childrens toys and sports equipment $55**<br>Line from *Schedule A/B*: **9** | **$255.00** | ☑ **$255.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Clothing, shoes, belts etc**<br>Line from *Schedule A/B*: **11** | **$635.00** | ☑ **$635.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Jewelry, rings, earrings, necklaces, watches**<br>Line from *Schedule A/B*: **12** | **$795.00** | ☑ **$795.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| Brief description:<br>**Cash on hand**<br>Line from *Schedule A/B*: **16** | **$55.00** | ☑ **$55.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Checking account, Chase Bank**<br>Line from *Schedule A/B*: **17.1** | **$695.00** | ☑ **$695.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**                                    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**401(k)**<br><br>Line from *Schedule A/B*: __21__ | **$1,269.00** | ☑ **$1,269.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| Brief description:<br>**Security deposit on rental unit**<br><br>Line from *Schedule A/B*: __22__ | **$1,495.00** | ☑ **$1,495.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Life Insurance Policy (term)**<br><br>Line from *Schedule A/B*: __31__ | **$1.00** | ☑ **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Brandon D. French, Sr.**
        **Neallisha S. French**

CASE NO

CHAPTER  **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

Scheme Selected: **Federal**

(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 1. | Real property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $10,020.00 | $10,124.00 | $54.00 | $54.00 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $1,240.00 | $0.00 | $1,240.00 | $1,240.00 | $0.00 |
| 7. | Electronics | $950.00 | $0.00 | $950.00 | $950.00 | $0.00 |
| 8. | Collectibles of value | $70.00 | $0.00 | $70.00 | $70.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $255.00 | $0.00 | $255.00 | $255.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $635.00 | $0.00 | $635.00 | $635.00 | $0.00 |
| 12. | Jewelry | $795.00 | $0.00 | $795.00 | $795.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $55.00 | $0.00 | $55.00 | $55.00 | $0.00 |
| 17. | Deposits of money | $695.00 | $0.00 | $695.00 | $695.00 | $0.00 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $1,269.00 | $0.00 | $1,269.00 | $1,269.00 | $0.00 |
| 22. | Security deposits and prepayments | $1,495.00 | $0.00 | $1,495.00 | $1,495.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Brandon D. French, Sr.**                                      CASE NO
       **Neallisha S. French**

                                           CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**                                      Scheme Selected: **Federal**
(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $1.00 | $0.00 | $1.00 | $1.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$17,480.00** | **$10,124.00** | **$7,514.00** | **$7,514.00** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Brandon D. French, Sr.**                               CASE NO
           **Neallisha S. French**

                                                              CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Surrendered Property:**

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 |

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| (None) | | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 | $0.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$17,480.00** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$17,480.00** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$10,124.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$10,124.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$7,514.00** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$7,514.00** |
| J.  Total Exemptions Claimed          (Wild Card Used: $2,500.00, Available: $23,700.00) | **$7,514.00** |
| K. Total Non-Exempt Property Remaining  (G-J) | **$0.00** |

**Fill in this information to identify your case:**

| Debtor 1 | **Brandon** | **D.** | **French, Sr.** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Neallisha** | **S.** | **French** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | | | | |

**SK Enterprises**
Creditor's name
**5202 Bingle Rd**
Number      Street

_____

| **Houston** | **TX** | **77092** |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

**2005 Honda Accord**

Amount of claim: **$2,658.00**
Value of collateral: **$2,500.00**
Unsecured portion: **$158.00**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Purchase Money**

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:

**$2,658.00**

Debtor 1    **Brandon D. French, Sr.**
Debtor 2    **Neallisha S. French**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

| 2.2 | | Describe the property that secures the claim: | $7,466.00 | $7,520.00 | |

**Vehicle Solutions Corp**
Creditor's name
**104 Crandon Blvd Ste 400**
Number    Street

**2011 Nissan Altima**

_____

**Key Biscayne        FL    33149**
City            State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **Purchase Money**

**Date debt was incurred** _____    **Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $7,466.00

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**    $10,124.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Brandon** | **D.** | **French, Sr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Neallisha** | **S.** | **French** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

<u>Official Form 106E/F</u>

## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | **$3,322.00** | **$3,322.00** | **$0.00** |

**IRS**
Priority Creditor's Name
**Centralized Insolvency Operation**
Number     Street
**P.O. Box 7346**
_____
**Philadelphia      PA     19101-7346**
City                State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**                                  Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

**4.1**                                                                              **$406.00**

**Accounts Clearing House**

Nonpriority Creditor's Name

**PO Box 2373**

Number        Street

**Glen Burnie        MD    21060**

City                          State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Outstanding debt**

---

**4.2**                                                                              **$1,000.00**

**Ace**

Nonpriority Creditor's Name

**1231 Greenway Dr  Ste 700**

Number        Street

**Irving        TX    75038**

City                          State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Outstanding debt**

Debtor 1   **Brandon D. French, Sr.**
Debtor 2   **Neallisha S. French**                          Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.3**               **$1,397.00**

**ADT Alarm**
Nonpriority Creditor's Name
**PO Box 371490**
Number      Street



**Pittsburgh**      **PA**    **15250**
City                    State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Outstanding debt**

**4.4**               **$800.00**

**AIC**
Nonpriority Creditor's Name
**PO Box 8900**
Number      Street



**Elkridge**      **MD**    **21075**
City                    State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Outstanding debt**

**4.5**               **$7,397.00**

**American Credit Accept**
Nonpriority Creditor's Name
**961 E Main St**
Number      Street



**Spartanburg**      **SC**    **29302**
City                    State      ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **1  0  0  1**
**When was the debt incurred?**  **08/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Repossession Deficiency**

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.6**                                                                                     **$10,100.00**

**Anne Arundel Med Ctr**
Nonpriority Creditor's Name
**2001 Medical Pkwy**
Number          Street

_____

_____

**Annapolis**          **MD**    **21401**
City                            State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Medical bill**

---

**4.7**                                                                                     **$100.00**

**Baltimore Washing FCU**
Nonpriority Creditor's Name
**301 Hospital Dr**
Number          Street

_____

_____

**Glen Burnie**          **MD**    **21060**
City                            State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Outstanding debt**

---

**4.8**                                                                                     **$2,000.00**

**Bank of America**
Nonpriority Creditor's Name
**7206 Ritchie Hwy**
Number          Street

_____

_____

**Glen Burnie**          **MD**    **21061**
City                            State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
    **Outstanding debt**

---

Debtor 1   **Brandon D. French, Sr.**
Debtor 2   **Neallisha S. French**                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.9**                                                                                          **$3,000.00**

**Bay County Financial**                     Last 4 digits of account number  __ __ __ __
Nonpriority Creditor's Name
**6619 Ritchie Hwy**                         When was the debt incurred?
Number        Street
                                             As of the date you file, the claim is: Check all that apply.
_____        ☐ Contingent
                                               ☐ Unliquidated
**Glen Burnie        MD    21061**             ☐ Disputed
City              State  ZIP Code
Who incurred the debt?   Check one.          Type of NONPRIORITY unsecured claim:
  ☐ Debtor 1 only                             ☐ Student loans
  ☐ Debtor 2 only                             ☐ Obligations arising out of a separation agreement or divorce
  ☑ Debtor 1 and Debtor 2 only                   that you did not report as priority claims
  ☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
  ☑ Check if this claim is for a community debt ☑ Other. Specify
Is the claim subject to offset?                  **Outstanding debt**
  ☑ No
  ☐ Yes

**4.10**                                                                                         **$606.00**

**Caine Weiner**                             Last 4 digits of account number  __3__ __1__ __6__ __0__
Nonpriority Creditor's Name
**Po Box 55848**                             When was the debt incurred?   **12/26/2017**
Number        Street
                                             As of the date you file, the claim is: Check all that apply.
_____        ☐ Contingent
                                               ☐ Unliquidated
**Sherman Oaks        CA    91413**            ☐ Disputed
City              State  ZIP Code
Who incurred the debt?   Check one.          Type of NONPRIORITY unsecured claim:
  ☐ Debtor 1 only                             ☐ Student loans
  ☐ Debtor 2 only                             ☐ Obligations arising out of a separation agreement or divorce
  ☑ Debtor 1 and Debtor 2 only                   that you did not report as priority claims
  ☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
  ☑ Check if this claim is for a community debt ☑ Other. Specify
Is the claim subject to offset?                  **Unknown Loan Type**
  ☑ No
  ☐ Yes

**4.11**                                                                                         **$960.00**

**Capital One**                              Last 4 digits of account number  __4__ __7__ __5__ __1__
Nonpriority Creditor's Name
**Po Box 30281**                             When was the debt incurred?   **05/2017**
Number        Street
                                             As of the date you file, the claim is: Check all that apply.
_____        ☐ Contingent
                                               ☐ Unliquidated
**Salt Lake City        UT    84130**          ☐ Disputed
City              State  ZIP Code
Who incurred the debt?   Check one.          Type of NONPRIORITY unsecured claim:
  ☐ Debtor 1 only                             ☐ Student loans
  ☐ Debtor 2 only                             ☐ Obligations arising out of a separation agreement or divorce
  ☑ Debtor 1 and Debtor 2 only                   that you did not report as priority claims
  ☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
  ☑ Check if this claim is for a community debt ☑ Other. Specify
Is the claim subject to offset?                  **Credit Card**
  ☑ No
  ☐ Yes

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

### 4.12

**$500.00**

**Capital One**
Nonpriority Creditor's Name
**Po Box 30281**
Number     Street

_____

_____

**Salt Lake City         UT     84130**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **4   1   6   0**
When was the debt incurred?   **08/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

### 4.13

**$478.00**

**Capital One**
Nonpriority Creditor's Name
**Po Box 30281**
Number     Street

_____

_____

**Salt Lake City         UT     84130**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **3   8   8   2**
When was the debt incurred?   **05/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

### 4.14

**$20,309.00**

**Capital One Auto Finan**
Nonpriority Creditor's Name
**3901 Dallas Pkwy**
Number     Street

_____

_____

**Plano                  TX     75093**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **1   0   0   1**
When was the debt incurred?   **07/2012**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Repossession Deficiency**

---

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.15**                                                                              **$100.00**

**Care First Blue Cross**
Nonpriority Creditor's Name
**PO Box 79749**
Number      Street

_____

**Baltimore**            **MD**     **21279**
City                       State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Outstanding debt**

---

**4.16**                                                                              **$655.00**

**Cash Net**
Nonpriority Creditor's Name
**200 W. Jackson Blvd. 14th Floor**
Number      Street

_____

**Chicago**              **IL**     **60606-6941**
City                       State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Outstanding debt**

---

**4.17**                                                                              **$785.00**

**Cash Net**
Nonpriority Creditor's Name
**175 West Jackson Suite 1000**
Number      Street

_____

**Chicago**              **IL**     **60604**
City                       State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Outstanding debt**

---

Debtor 1   **Brandon D. French, Sr.**
Debtor 2   **Neallisha S. French**                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.18**                                                                     **$0.00**

**Ces/dept Of Ed**
Nonpriority Creditor's Name
**C/o Acs**
Number        Street

_____

**Utica**                **NY**    **13501**
City                     State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **3   5   6   1**
**When was the debt incurred?**    02/09/2009

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Educational**

**4.19**                                                                     **$0.00**

**Chase Card**
Nonpriority Creditor's Name
**P.o. Box 15298**
Number        Street

_____

**Wilmington**           **DE**    **19850**
City                     State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5   5   5   6**
**When was the debt incurred?**    09/2006

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**4.20**                                                                     **$800.00**

**Comcast**
Nonpriority Creditor's Name
**PO Box 660618**
Number        Street

_____

**Dallas**               **TX**    **75266-0618**
City                     State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Outstanding debt**

| Debtor 1 | **Brandon D. French, Sr.** |
|---|---|
| Debtor 2 | **Neallisha S. French** |

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.21

$1,191.00

**Convergent Outsourcing**
Nonpriority Creditor's Name

**800 Sw 39th St**
Number      Street

_____

_____

**Renton**                **WA**     **98057**
City                       State     ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **0   3   9   7**

**When was the debt incurred?**    **03/2016**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Attorney**

### 4.22

$0.00

**Credit One Bank Na**
Nonpriority Creditor's Name

**Po Box 98875**
Number      Street

_____

_____

**Las Vegas**              **NV**     **89193**
City                       State     ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **7   5   1   1**

**When was the debt incurred?**    **12/26/2008**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

### 4.23

$829.00

**Credit Protection Asso**
Nonpriority Creditor's Name

**13355 Noel Rd Ste 2100**
Number      Street

_____

_____

**Dallas**                 **TX**     **75240**
City                       State     ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **4   3   4   6**

**When was the debt incurred?**    **11/2013**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Attorney**

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                                              Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.24**

**CSAA General Insurance**
Nonpriority Creditor's Name
**3055 OAK ROAD**
Number     Street

**WALNUT CREEK    CA    94597**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Outstanding debt**

**$500.00**

**4.25**

**Dept Of Education/neln**
Nonpriority Creditor's Name
**3015 Parker Rd**
Number     Street

**Aurora    CO    80014**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   8   0   2   3
**When was the debt incurred?**   01/13/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Educational**

**$9,552.00**

**4.26**

**Dept Of Education/neln**
Nonpriority Creditor's Name
**3015 Parker Rd**
Number     Street

**Aurora    CO    80014**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   7   9   2   3
**When was the debt incurred?**   01/13/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Educational**

**$7,924.00**

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**                                           Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.27**

**Direct TV**
Nonpriority Creditor's Name
**PO Box 105261**
Number        Street

$674.00

Last 4 digits of account number  __ __ __ __

When was the debt incurred?      _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Atlanta**                **GA**   **30348-5261**
City                      State   ZIP Code

Who incurred the debt?   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Outstanding debt**

---

**4.28**

**Diversified Consultants, Inc.**
Nonpriority Creditor's Name
**PO Box 1391**
Number        Street

$674.00

Last 4 digits of account number  __ __ __ __

When was the debt incurred?      _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Southgate**              **MI**   **48195-0391**
City                      State   ZIP Code

Who incurred the debt?   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Outstanding debt**

---

**4.29**

**Don's Auto World**
Nonpriority Creditor's Name
**15404 Kuhkendahl Rd**
Number        Street

$2,500.00

Last 4 digits of account number  __ __ __ __

When was the debt incurred?      _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                **TX**   **77090**
City                      State   ZIP Code

Who incurred the debt?   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Repossession Deficiency**

---

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                                                       Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.30**

**$2,456.00**

**Eos Cca**
Nonpriority Creditor's Name
**Po Box 981008**
Number      Street

Last 4 digits of account number    **4**  **1**  **4**  **9**

When was the debt incurred?    **03/2018**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Boston**                **MA**     **02298**
City                      State    ZIP Code

Who incurred the debt?  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Collection Attorney**

**4.31**

**$2,456.00**

**EOS CCA**
Nonpriority Creditor's Name
**PO Box 567**
Number      Street

Last 4 digits of account number    __  __  __  __

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Norwell**              **MA**     **02061-0567**
City                      State    ZIP Code

Who incurred the debt?  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Outstanding debt**

**4.32**

**$23,655.00**

**Fed Loan Serv**
Nonpriority Creditor's Name
**Po Box 60610**
Number      Street

Last 4 digits of account number    **0**  **0**  **0**  **2**

When was the debt incurred?    **02/2009**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Harrisburg**           **PA**     **17106**
City                      State    ZIP Code

Who incurred the debt?  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Educational**

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                                        Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.33** | | **$0.00**

**Fedloan**
Nonpriority Creditor's Name
**Po Box 60610**
Number      Street

Last 4 digits of account number    **0    0    0    4**

When was the debt incurred?    **09/06/2011**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Harrisburg          PA      17106**
City                State    ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Educational**

---

**4.34** | | **$131.00**

**First Credit Services, Inc.**
Nonpriority Creditor's Name
**371 Hoes Lane, Suite 300 B**
Number      Street

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Piscataway          NJ      08854**
City                State    ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Outstanding debt**

---

**4.35** | | **$555.00**

**First Premier Bank**
Nonpriority Creditor's Name
**3820 N Louise Ave**
Number      Street

Last 4 digits of account number    **2    6    3    1**

When was the debt incurred?    **11/2016**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Sioux Falls         SD      57107**
City                State    ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

---

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**                              Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.36**                                                                        **$445.00**

**First Premier Bank**
Nonpriority Creditor's Name
**3820 N Louise Ave**
Number      Street

_____

**Sioux Falls**            **SD**    **57107**
City                     State    ZIP Code

Last 4 digits of account number    **6   4   5   9**

When was the debt incurred?    **06/2011**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

---

**4.37**                                                                        **$1,679.00**

**FM 1960 Emergency Phys**
Nonpriority Creditor's Name
**Phoenix Fin**
Number      Street
**PO Box 98818**

_____

**Las Vegas**            **NV**    **89193**
City                     State    ZIP Code

Last 4 digits of account number    __ __ __ __

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical bill**

---

**4.38**                                                                        **$3,000.00**

**Gerber Life Insurance**
Nonpriority Creditor's Name
**445 State St**
Number      Street

_____

**Freemont**            **MI**    **49412**
City                     State    ZIP Code

Last 4 digits of account number    __ __ __ __

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Outstanding debt**

---

Debtor 1  **Brandon D. French, Sr.**

Debtor 2  **Neallisha S. French**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.39**

**$800.00**

**Gold's Gym**
Nonpriority Creditor's Name
**7900 Ritchie Hwy Ste 129C**
Number        Street

_____

**Glen Burnie        MO      21061**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Outstanding debt**

---

**4.40**

**$75.00**

**Harris County Alarm Detail**
Nonpriority Creditor's Name
**9418 Jensen Dr. Ste A**
Number        Street

_____

**Houston        TX      77093**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Outstanding debt**

---

**4.41**

**$850.00**

**HCTRA- Violations**
Nonpriority Creditor's Name
**Dept 1**
Number        Street
**PO Box 4440**

_____

**Houston        TX      77210-4440**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Outstanding debt**

---

Debtor 1   **Brandon D. French, Sr.**
Debtor 2   **Neallisha S. French**                                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.42**                                                                      **$1,500.00**

**Houston Methodist**
Nonpriority Creditor's Name
**PO Box 3133**
Number        Street

Last 4 digits of account number    __ __ __ __

When was the debt incurred?       _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston          TX     77253-3133
City             State  ZIP Code

Who incurred the debt?   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical bill**

**4.43**                                                                      **$20.00**

**Houston Methodist**
Nonpriority Creditor's Name
**PO Box 3133**
Number        Street

Last 4 digits of account number    __ __ __ __

When was the debt incurred?       _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston          TX     77253-3133
City             State  ZIP Code

Who incurred the debt?   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical bill**

**4.44**                                                                      **$1,532.00**

**Houston Northwest Med**
Nonpriority Creditor's Name
**PO Box 740785**
Number        Street

Last 4 digits of account number    __ __ __ __

When was the debt incurred?       _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Cincinnatti      OH     45274-0785
City             State  ZIP Code

Who incurred the debt?   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical bill**

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                                            Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.45**                                                                          **$40.00**

**Houston NW Radiology Assoc.**
Nonpriority Creditor's Name
**PO Box 3686  Dept. 467**
Number      Street

_____

**Houston**                    **TX**    **77253**
City                           State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical bill**

---

**4.46**                                                                          **$1,000.00**

**HSN**
Nonpriority Creditor's Name
**PO Box 9090**
Number      Street

_____

**Clearwater**                 **FL**    **33758-9090**
City                           State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Outstanding debt**

---

**4.47**                                                                          **$3,693.00**

**Hunter Warfield**
Nonpriority Creditor's Name
**4620 Woodland Corporate**
Number      Street

_____

**Tampa**                      **FL**    **33614**
City                           State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  **3**  **4**  **9**  **0**

**When was the debt incurred?**  **11/2012**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection Attorney**

---

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French** _____   Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.48**

**$0.00**

**Imagine/atlanticus**
Nonpriority Creditor's Name
**Pob 105555**
Number      Street
_____
_____

**Atlanta**                **GA**   **30348**
City                       State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **1   2   3   9**
**When was the debt incurred?**   **10/2006**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

---

**4.49**

**$616.00**

**Jefferson Capital Syst**
Nonpriority Creditor's Name
**16 Mcleland Rd**
Number      Street
_____
_____

**Saint Cloud**            **MN**   **56303**
City                       State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **2   0   0   3**
**When was the debt incurred?**   **04/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Factoring Company Account**

---

**4.50**

**$616.00**

**Jefferson Capital Systems**
Nonpriority Creditor's Name
**16 McLeland Rd**
Number      Street
_____
_____

**St Cloud**               **MN**   **56303**
City                       State   ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Outstanding debt**

---

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**                                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.51

**Total claim** $4,000.00

**Lab Corp**
Nonpriority Creditor's Name
**PO Box 2240**
Number      Street

_____

**Burlington        NC     27216**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Outstanding debt**

### 4.52

$643.00

**Law Office of Joel Cardis LLC**
Nonpriority Creditor's Name
**2006 Swede Rd Suite 100**
Number      Street

_____

**E. Norriton        PA     19401**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Outstanding debt**

### 4.53

$850.00

**Linebarger, Goggan, Blair & Sampson**
Nonpriority Creditor's Name
**4828 Loop Central Dr. Suite 500**
Number      Street

_____

**Houston           TX     77081**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collecting for -Tolls**

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                                           Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|---------|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.54**

**$2,000.00**

**Lori Sweitzer OB Gyn**
Nonpriority Creditor's Name
**2000 Medical Pkwy Ste 310**
Number    Street

_____

**Annapolis          MD    21401**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical bill**

**4.55**

**$1,000.00**

**M and T Bank**
Nonpriority Creditor's Name
**1 Fountain Plaza 7th Floor**
Number    Street

_____

**Buffalo              NY    14203**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Outstanding debt**

**4.56**

**$142.00**

**Marinr Finc**
Nonpriority Creditor's Name
**8211 Town Center Dr**
Number    Street

_____

**Nottingham          MD    21236**
City                State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  5  4  1  1

When was the debt incurred?  **11/01/2013**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Secured**

Debtor 1  **Brandon D. French, Sr.**

Debtor 2  **Neallisha S. French**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.57

**$50.00**

**Maryland Primary Care Phys**
Nonpriority Creditor's Name
PO Box 62676
Number          Street

Baltimore          MD     21264
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Outstanding debt**

### 4.58

**$867.00**

**Medicredit Inc**
Nonpriority Creditor's Name
PO Box 1629
Number          Street

Maryland Heights          MO     63043-0629
City                              State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Outstanding debt**

### 4.59

**$525.00**

**Memorial Hermann**
Nonpriority Creditor's Name
PO Box 4370
Number          Street

Houston          TX     77210-4370
City                  State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical bill**

| | |
|---|---|
| Debtor 1 | **Brandon D. French, Sr.** |
| Debtor 2 | **Neallisha S. French** |

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.60**

$808.00

**Mercantile Adjmnt Bur**
Nonpriority Creditor's Name
**165 Lawrence Bell Dr Ste**
Number       Street

_____

**Buffalo**                **NY**      **14221**
City                      State    ZIP Code

Last 4 digits of account number   **9   7   5   5**
When was the debt incurred?   **06/2018**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Collection Attorney**

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.61**

$896.00

**Merrick Bank Corp**
Nonpriority Creditor's Name
**Pob 9201**
Number       Street

_____

**Old Bethpage**          **NY**      **11804**
City                      State    ZIP Code

Last 4 digits of account number   **7   8   3   4**
When was the debt incurred?   **10/2016**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.62**

$25.00

**MHMG Woodlands Card**
Nonpriority Creditor's Name
**9180 Pinecroft Dr  Ste 400**
Number       Street

_____

**Spring**                **TX**      **77380-9999**
City                      State    ZIP Code

Last 4 digits of account number   __  __  __  __
When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Outstanding debt**

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.63

                                                                                        $651.00

**Midland Funding**
Nonpriority Creditor's Name
**2365 Northside Dr Ste 30**
Number     Street

_____

**San Diego**            **CA**     **92108**
City                        State     ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **8   2   8   0**
When was the debt incurred?   **09/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Factoring Company Account**

### 4.64

                                                                                        $394.00

**Midland Funding**
Nonpriority Creditor's Name
**2365 Northside Dr Ste 30**
Number     Street

_____

**San Diego**            **CA**     **92108**
City                        State     ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **9   0   4   4**
When was the debt incurred?   **09/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Factoring Company Account**

### 4.65

                                                                                        $198.00

**National Recovery Agen**
Nonpriority Creditor's Name
**2491 Paxton St**
Number     Street

_____

**Harrisburg**           **PA**     **17111**
City                        State     ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **7   9   5   7**
When was the debt incurred?   **01/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collection Attorney**

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.66
$112.00

**National Recovery Agen**
Nonpriority Creditor's Name

**2491 Paxton St**
Number      Street

_____

_____

**Harrisburg            PA      17111**
City                   State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7   9   6   0**
When was the debt incurred?    **03/2013**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Collection Attorney**

### 4.67
$0.00

**Navy Federal Cr Union**
Nonpriority Creditor's Name

**Po Box 3700**
Number      Street

_____

_____

**Merrifield            VA      22119**
City                   State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1   3   0   1**
When was the debt incurred?    **04/2008**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Unsecured**

### 4.68
$100.00

**PayPal Credit**
Nonpriority Creditor's Name

**PO Box 105658**
Number      Street

_____

_____

**Atlanta              GA      30348-5658**
City                   State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___  ___  ___  ___
When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Outstanding debt**

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**                                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.69**

**$252.00**

**Pediatric Place**
Nonpriority Creditor's Name
**PO Box 14000**
Number      Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Belfast**          **ME**   **04915**
City              State   ZIP Code

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Outstanding debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**4.70**

**$1,064.00**

**Phoenix Financial Serv**
Nonpriority Creditor's Name
**8902 Otis Ave Ste 103a**
Number      Street

Last 4 digits of account number  _3_ _7_ _3_ _7_

When was the debt incurred?  05/2018

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Indianapolis**        **IN**   **46216**
City              State   ZIP Code

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Collection Attorney**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**4.71**

**$713.00**

**Phoenix Financial Serv**
Nonpriority Creditor's Name
**8902 Otis Ave Ste 103a**
Number      Street

Last 4 digits of account number  _3_ _7_ _3_ _5_

When was the debt incurred?  05/2018

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Indianapolis**        **IN**   **46216**
City              State   ZIP Code

Who incurred the debt?   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Collection Attorney**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**                                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.72**                                                                                                    **$300.00**

**Planet Fitnes**
Nonpriority Creditor's Name

**5604 Silver Hill Rd.**
Number       Street

_____

_____

**District Heights        MD    20747**
City                     State   ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Outstanding debt**

---

**4.73**                                                                                                    **$8,985.00**

**Plaza Servic**
Nonpriority Creditor's Name

**110 Hammond Drive Suite 110**
Number       Street

_____

_____

**Atlanta                  GA    30328**
City                     State   ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   1  0  0  1

**When was the debt incurred?**   10/27/2017

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Unknown Loan Type**

---

**4.74**                                                                                                    **$6,566.00**

**Plaza Servic**
Nonpriority Creditor's Name

**110 Hammond Drive Suite 110**
Number       Street

_____

_____

**Atlanta                  GA    30328**
City                     State   ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   5  5  5  0

**When was the debt incurred?**   05/14/2018

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Unknown Loan Type**

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**   Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.75 | | | | $3,020.00 |
|---|---|---|---|---|

**Progressive Leasing**
Nonpriority Creditor's Name

**256 West Data Dr**
Number      Street

**Draper**               **UT**     **84020**
City                    State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Outstanding debt**

| 4.76 | | | | $600.00 |
|---|---|---|---|---|

**Public Storage**
Nonpriority Creditor's Name

**1492 S Clinton St**
Number      Street

**Denver**               **CO**     **80247**
City                    State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Outstanding debt**

| 4.77 | | | | $3,000.00 |
|---|---|---|---|---|

**Quest Diagnostice Inc.**
Nonpriority Creditor's Name

**PO Box 740698**
Number      Street

**Cincinnati**           **OH**     **45274-0698**
City                    State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Medical bill**

Debtor 1  **Brandon D. French, Sr.**

Debtor 2  **Neallisha S. French**                                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.78**                                                                     **$525.00**

**QVC**
Nonpriority Creditor's Name
**1010 N Loop 1604 E**
Number        Street
_____
_____
**San Antonio          TX     78232**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Outstanding debt**

**4.79**                                                                     **$282.00**

**Receivable Management**
Nonpriority Creditor's Name
**Pob 17305**
Number        Street
_____
_____
**Richmond             VA     23226**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **1  5  9  2**
**When was the debt incurred?** **11/2012**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Collection Attorney**

**4.80**                                                                     **$187.00**

**Receivable Management**
Nonpriority Creditor's Name
**Pob 17305**
Number        Street
_____
_____
**Richmond             VA     23226**
City                        State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **4  7  4  4**
**When was the debt incurred?** **02/2017**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Collection Attorney**

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**                              Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.81** | | **$1,600.00**

**Reliant Energy**
Nonpriority Creditor's Name
**PO Box 3765**
Number     Street

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston            TX      77253-3765**
City                State    ZIP Code

Who incurred the debt?   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Utililty Bill**

---

**4.82** | | **$600.00**

**Rent A Center**
Nonpriority Creditor's Name
**5501 Headquarters Drive**
Number     Street

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Plano             TX      75024**
City                State    ZIP Code

Who incurred the debt?   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Outstanding debt**

---

**4.83** | | **$700.00**

**Rent A Center**
Nonpriority Creditor's Name
**7722 Ritchie Hwy**
Number     Street

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Glen Burnie        MD      21061**
City                State    ZIP Code

Who incurred the debt?   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Outstanding debt**

---

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.84**                                                                                 **$11,239.00**

**Santander Consumer Usa**
Nonpriority Creditor's Name
**Po Box 961245**
Number        Street

Last 4 digits of account number    **1**   **0**   **0**   **0**

When was the debt incurred?    **02/2014**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Ft Worth**          **TX**     **76161**
City                State    ZIP Code

Who incurred the debt?    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Repossession Deficiency**

---

**4.85**                                                                                 **$40.00**

**Specialized Collection System, Inc**
Nonpriority Creditor's Name
**PO Box 441508**
Number        Street

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**          **TX**     **77244-1508**
City                State    ZIP Code

Who incurred the debt?    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Outstanding debt**

---

**4.86**                                                                                 **$800.00**

**State Farm**
Nonpriority Creditor's Name
**8900 Amberglen Blvd**
Number        Street

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin**          **TX**     **78729-1110**
City                State    ZIP Code

Who incurred the debt?    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Outstanding debt**

---

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.87

**State Of Md/ccu**
Nonpriority Creditor's Name
**300 W Preston St Ste 503**
Number     Street

_____

**Baltimore          MD     21201**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$3,119.00**

Last 4 digits of account number   **7  4  3  0**

**When was the debt incurred?**   **09/2017**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Collection Attorney**

### 4.88

**Suntrust Bank**
Nonpriority Creditor's Name
**PO Box 305183**
Number     Street

_____

**Nashville          TN     37230-5183**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$3,000.00**

Last 4 digits of account number   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Outstanding debt**

### 4.89

**Suntrust Bank**
Nonpriority Creditor's Name
**100 Crain Hwy SW**
Number     Street

_____

**Glen Burnie        MD     21061**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$1,000.00**

Last 4 digits of account number   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Outstanding debt**

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                                        Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.90**                                                                                                                  **$700.00**

**TD Bank**                                           Last 4 digits of account number   __ __ __ __
Nonpriority Creditor's Name
**7926 Crain Hwy S**                                  When was the debt incurred?        _____
Number       Street
                                                      As of the date you file, the claim is: Check all that apply.
_____
                                                      ☐ Contingent
_____              ☐ Unliquidated
                                                      ☐ Disputed
**Glen Burnie          MD    21061**
City                   State  ZIP Code               Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**   Check one.
                                                      ☐ Student loans
☐ Debtor 1 only                                       ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                          that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another             ☑ Other. Specify
☑ **Check if this claim is for a community debt**         **Outstanding debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.91**                                                                                                                  **$100.00**

**Tower FCU**                                         Last 4 digits of account number   __ __ __ __
Nonpriority Creditor's Name
**1077 MO 3**                                         When was the debt incurred?        _____
Number       Street
                                                      As of the date you file, the claim is: Check all that apply.

_____              ☐ Contingent
                                                      ☐ Unliquidated
_____              ☐ Disputed
**Gambrills            MD    21060**
City                   State  ZIP Code               Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**   Check one.
                                                      ☐ Student loans
☐ Debtor 1 only                                       ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                          that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another             ☑ Other. Specify
☑ **Check if this claim is for a community debt**         **Outstanding debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.92**                                                                                                                  **$75.00**

**Transworld Sys Inc/51**                             Last 4 digits of account number    7   2   6   4
Nonpriority Creditor's Name
**500 Virginia Dr Ste 514**                           When was the debt incurred?        10/2013
Number       Street
                                                      As of the date you file, the claim is: Check all that apply.

_____              ☐ Contingent
                                                      ☐ Unliquidated
**Ft Washington        PA    19034**                  ☐ Disputed
City                   State  ZIP Code
**Who incurred the debt?**   Check one.              Type of NONPRIORITY unsecured claim:

☐ Debtor 1 only                                       ☐ Student loans
☐ Debtor 2 only                                       ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                             that you did not report as priority claims
☐ At least one of the debtors and another             ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**     ☑ Other. Specify
                                                         **Collection Attorney**
**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor 1   **Brandon D. French, Sr.**
Debtor 2   **Neallisha S. French**                                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.93**                                                                           **$1,075.00**

**Transworld System Inc/**
Nonpriority Creditor's Name
**500 Virginia Dr Ste 514**
Number        Street
_____

**Fort Washington        PA        19034**
City                        State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5    9    4    5**
When was the debt incurred?    **11/2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collection Attorney**

**4.94**                                                                           **$79.00**

**TX EM-I Med Services PC**
Nonpriority Creditor's Name
**PO Box 99034**
Number        Street
_____

**Las Vegas        NV        89193-9034**
City                    State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___
When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Outstanding debt**

**4.95**                                                                           **$0.00**

**U S Dept Of Ed/gsl/atl**
Nonpriority Creditor's Name
**Po Box 4222**
Number        Street
_____

**Iowa City        IA        52244**
City                 State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1    8    5    2**
When was the debt incurred?    **09/2010**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Educational**

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French** _____   Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.96**

**$475.00**

**University of Maryland**
Nonpriority Creditor's Name
**PO Box 64021**
Number      Street

_____

**Baltimore**               **MD      21264-4021**
City                                State      ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical bill**

---

**4.97**

**$0.00**

**Webbank/fingerhut**
Nonpriority Creditor's Name
**6250 Ridgewood Rd**
Number      Street

_____

**Saint Cloud**            **MN      56303**
City                                State      ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  _8_ _2_ _7_ _7_

**When was the debt incurred?**  04/2017

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Charge Account**

---

**4.98**

**$0.00**

**Wf Efs**
Nonpriority Creditor's Name
**Po Box 5185**
Number      Street

_____

**Sioux Falls**            **SD      57117**
City                                State      ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  _8_ _4_ _5_ _9_

**When was the debt incurred?**  02/09/2009

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Educational**

---

Debtor 1   **Brandon D. French, Sr.**
Debtor 2   **Neallisha S. French**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.99 |

**$1,500.00**

**Woodlands Emerg Phys**
Nonpriority Creditor's Name
**PO Box 2487**
Number        Street

_____

_____

**Houston**              **TX**      **77252-2487**
City                          State      ZIP Code

**Who incurred the debt?**      Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Medical bill**

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                                     Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**ACA Recovery**
Name
**76 N Maple Ave, Ste 141**
Number    Street

_____

**Ridgewood**          **NJ**    **07450**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**Agency Insurance Co**
Name
**PO Box 8900**
Number    Street

_____

**Elkridge**          **MD**    **21075-8900**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**Alacrity Collections Corp**
Name
**PO Box 586**
Number    Street

_____

**Riva**          **MD**    **21140-0586**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**Allstate**
Name
**PO Box 4303**
Number    Street

_____

**Carol Stream**          **IL**    **60197**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**Allstate**
Name
**PO Box 3579**
Number    Street

_____

**Akron**          **OH**    **44309-3579**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

Debtor 1   **Brandon D. French, Sr.**
Debtor 2   **Neallisha S. French**                                          Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---------|-----------------------------------------------------------------------------|

**AMCA Collection Agency**
Name
**P.O. Box 1235**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Elmsford**          **NY**   **10523-0935**
City                  State    ZIP Code

---

**AMCA Collection Agency**
Name
**2269 S Saw Mill River Rd**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Elmsford**          **NY**   **10523**
City                  State    ZIP Code

---

**American Coradius**
Name
**300 Essjay Rd  Ste 150**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Williamsville**     **NY**   **14221-8208**
City                  State    ZIP Code

---

**Andalman & Flynn PC**
Name
**8601 Georgia Ave Ste 206**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Silver Springs**    **MD**   **20910-3496**
City                  State    ZIP Code

---

**Anne Arundel County Ef**
Name
**8436 Verterns Highway**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Automobile**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **0   0   0   1**

**Millersville**      **MD**   **21108**
City                  State    ZIP Code

---

**Apelles**
Name
**PO Box 1197**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Westerville**       **OH**   **43086**
City                  State    ZIP Code

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**

Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**ARS National Services**
Name
**PO Box 463023**
Number    Street

_____

**Escondido**          **CA**      **92046-3023**
City                   State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**Bank of America**
Name
**PO Box 2759**
Number    Street

_____

**Jacksonville**       **FL**      **32203-2759**
City                   State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**Bay Area Credit Service LLC**
Name
**PO Box 468449**
Number    Street

_____

**Atlanta**            **GA**      **31146**
City                   State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**Bb & T Bankcard**
Name
**PO Box 1847**
Number    Street

_____

**Wilson**             **NC**      **27894-1847**
City                   State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**BB&T Branch Banking**
Name
**PO Box 632**
Number    Street

_____

**Whiteville**         **NC**      **28472**
City                   State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

**BGE**
Name
**PO Box 13070**
Number    Street

_____

**Philadelphia**       **PA**      **19101-3070**
City                   State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**                                         Case number (if known) _____

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Caine & Weiner**
Name
**15025 Oxnard St #100**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one:)*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Van Nuys**        **CA**    **91409**
City                State   ZIP Code

---

**Chase Bank**
Name
**PO Box 19600**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one:)*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Houston**        **TX**    **77224-9600**
City               State   ZIP Code

---

**Convergent Outsourcing**
Name
**Po Box 9004**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one:)*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Renton**        **WA**    **98057**
City              State   ZIP Code

---

**Credence Resource Manage**
Name
**PO Box 2210**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one:)*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Southgate**        **MI**    **48195-4210**
City                 State   ZIP Code

---

**Credit Controll, LLC**
Name
**PO Box 546**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one:)*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Hazlewood**        **MO**    **63042**
City                 State   ZIP Code

---

**Credit One Bank**
Name
**PO Box 60500**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one:)*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**City of Industry**        **CA**    **91716**
City                        State   ZIP Code

---

Debtor 1   **Brandon D. French, Sr.**
Debtor 2   **Neallisha S. French** _____   Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Crest Financial**
Name
**15 West Scenic Pointe Dr., Ste. 350**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Salt Lake City**     **UT**   **84020**
City                   State    ZIP Code

---

**Enhances Recovery Corp**
Name
**8014 Bayberry Rd**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Jacksonville**     **FL**   **32256**
City                 State    ZIP Code

---

**EOS CCA**
Name
**PO Box 981002**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Boston**     **MA**   **02298-1002**
City           State    ZIP Code

---

**Extra Space Storage**
Name
**9702 Halls Ferry Rd**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**St Louis**     **MO**   **63136**
City             State    ZIP Code

---

**Fingerhut**
Name
**PO Box 2900**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**St Cloud**     **MN**   **56395**
City             State    ZIP Code

---

**Fitnes Connection**
Name
**PO Box 680768**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Houston**     **TX**   **77268**
City            State    ZIP Code

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                                          Case number (if known) _____

| | |
|---|---|
| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Golds Gym**
Name
**8741 Hospital Dr**
Number      Street
_____

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Douglasville           GA     30134**
City                    State   ZIP Code

---

**Harvest Associates, Inc.**
Name
**821 Crossbridge Dr**
Number      Street
_____

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Spring                 TX     77373**
City                    State   ZIP Code

---

**Harvest Associates, Inc.**
Name
**1010 Spring-Cypress Rd, Box #138**
Number      Street
_____

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Spring                 TX     77373-2503**
City                    State   ZIP Code

---

**Houston Northwest Medical Center**
Name
**PO Box 740785**
Number      Street
_____

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Houston                TX     77914-1535**
City                    State   ZIP Code

---

**Houston Northwest Medical Center**
Name
**PO Box 830913**
Number      Street
_____

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Dallas                 TX     75284**
City                    State   ZIP Code

---

**Hunter Warfiled**
Name
**3111 W. Dr. Martin Luther King Blvd**
Number      Street
**#200**
_____

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Tampa                  FL     33607**
City                    State   ZIP Code

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French** _____    Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**IRS**
Name
**1919 Smith Street, STOP 5024 HOU**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Houston**          **TX**     **77002**
City                State   ZIP Code

**Last 4 digits of account number**   __ __ __ __

---

**Jonathan Neil & Ass, Inc.**
Name
**18321 Ventura Blvd. Suite 1000**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Tarzana**          **CA**     **91356**
City                State   ZIP Code

**Last 4 digits of account number**   __ __ __ __

---

**Lendmark Financial Ser**
Name
**2118 Usher St Nw**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims

**Automobile**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Covington**          **GA**     **30014**
City                State   ZIP Code

**Last 4 digits of account number**   __5__ __0__ __0__ __2__

---

**Linebarger, Goggan, Blair et al**
Name
**900 Arion Pkwy  Ste 104**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**San Antonio**          **TX**     **78216**
City                State   ZIP Code

**Last 4 digits of account number**   __ __ __ __

---

**M&T Bank**
Name
**PO Box 62182**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Baltimore**          **MD**     **21264-2182**
City                State   ZIP Code

**Last 4 digits of account number**   __ __ __ __

---

**Mariner Finance**
Name
**8211 Town Center Dr**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Nottingham**          **MD**     **21236**
City                State   ZIP Code

**Last 4 digits of account number**   __ __ __ __

---

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French** _____   Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Mariner Finance**
Name
**1650 Louetta Rd Suite 200**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

_____   **Last 4 digits of account number** __ __ __ __
**Spring**            **TX**   **77388**
City                  State    ZIP Code

---

**MCM**
Name
**PO Box 300**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

_____   **Last 4 digits of account number** __ __ __ __
**San Deigo**         **CA**   **92108**
City                  State    ZIP Code

---

**N.A.R.**
Name
**PO Box 505**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

_____   **Last 4 digits of account number** __ __ __ __
**Linden**            **MI**   **48451-0505**
City                  State    ZIP Code

---

**Nationwide Mutual Inrance Co**
Name
**1100 Richmond Ave, Ste 400**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

_____   **Last 4 digits of account number** __ __ __ __
**Houston**           **TX**   **77042**
City                  State    ZIP Code

---

**NPAS Solutions, LLC**
Name
**PO Box 33188**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

_____   **Last 4 digits of account number** __ __ __ __
**Louisville**        **KY**   **40232**
City                  State    ZIP Code

---

**Pelican Auto**
Name
**9444 Farnham St Ste 200**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Automobile**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

_____   **Last 4 digits of account number** **0** **1** **8** **7**
**San Diego**         **CA**   **92123**
City                  State    ZIP Code

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**          Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Pelican Auto Finance L**
Name
**9444 Farnham St Ste 200**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Automobile**                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __4__ __5__ __4__ __3__

**San Diego**          **CA**    **92123**
City                   State    ZIP Code

**Pendrick Capital Partners**
Name
**2810 Southampton Rd**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**Philadelphia**       **PA**    **19154**
City                   State    ZIP Code

**Penn Credit Corp**
Name
**916 S 14th**
Number        Street
**PO Box 988**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**Harrisburg**         **PA**    **17108-0988**
City                   State    ZIP Code

**Phoenix Financial Services LLC**
Name
**PO Box 26580**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**Indianapolis**       **IN**    **46226-0580**
City                   State    ZIP Code

**Portfolio Recovery Associates**
Name
**PO Box 12914**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Collection Agency**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**Norfolk**            **VA**    **23541**
City                   State    ZIP Code

**Progressive Insurance**
Name
**PO Box 94568**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

**Cleveland**          **OH**    **44101**
City                   State    ZIP Code

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**                                   Case number (if known) _____

| **Part 3:** | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Progressive Insurance**
Name
**Dept 0583**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Carol Stream**        **IL**    **60132**
City                    State   ZIP Code

---

**QVC**
Name
**1356 Enterprise Dr.**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**West Chester**        **PA**    **19380**
City                    State   ZIP Code

---

**Radius Global Solutions LLC**
Name
**7831 Glenroy Rd., Ste Suite 250-A**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Minneapolis**        **MN**    **55439-3132**
City                    State   ZIP Code

---

**Receivables Management Sol, Inc.**
Name
**992 So. Robert St.**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**West St. paul**        **MN**    **55118**
City                    State   ZIP Code

---

**Resort Financial Services**
Name
**PO Box 93742**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Las Vegas**        **NV**    **89193-3742**
City                    State   ZIP Code

---

**Shop NBC**
Name
**PO Box 305249**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

**Nashville**        **TN**    **37230-5249**
City                    State   ZIP Code

Debtor 1    **Brandon D. French, Sr.**
Debtor 2    **Neallisha S. French**                                    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Sprint**
Name
**PO Box 17990**
Number      Street


**Denver**          **CO**     **80217-0990**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Cell Phone Bill**              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Sprint**
Name
**899 Eaton Ave.**
Number      Street


**Bethlehem**       **PA**     **18025-0023**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**State Emp Cu Of Maryla**
Name
**8501 Lasalle Rd**
Number      Street


**Baltimore**       **MD**     **21204**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    0  6  7  3

---

**Synergetic Comm**
Name
**1301 E. 3rd Ave Suite 200**
Number      Street


**Post Falls**      **ID**     **83854**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**TD Bank**
Name
**200 South 108th Ave**
Number      Street


**Omaha**           **NE**     **68154-2631**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Td Banknorth Maine**
Name
**32 Chestnut St**
Number      Street


**Lewiston**        **ME**     **04240**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**                                    Case number (if known) _____

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Transworld Systems Inc**
Name
**PO Box 15393**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Wilmington**           **DE**   **15393**
City                     State   ZIP Code

---

**Transworld Systems Inc.**
Name
**5880 Commerce Blvd.**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Rohmert Park**         **CA**   **94928-1651**
City                     State   ZIP Code

---

**United Acceptance Inc**
Name
**2400 Lake Park Dr**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

**Automobile**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   _1_ _3_ _0_ _1_

**Smyrna**               **GA**   **30080**
City                     State   ZIP Code

---

**United Recovery Systems Inc**
Name
**PO Box 722929**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Houston**              **TX**   **77272-2929**
City                     State   ZIP Code

---

**United Recovery Systems, Inc.**
Name
**3100 S. Gessner, Ste 400**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Houston**              **TX**   **77063**
City                     State   ZIP Code

---

**UR Furniture**
Name
**16747 A North Freeway**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

**Outstanding debt**            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**Houston**              **TX**   **77090**
City                     State   ZIP Code

---

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**　　　　　　　　　　　　　　　　Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Venture General Agency**
Name
**PO Box 1970**
Number　　　Street

**Marble Falls**　　　**SD**　　**78654**
City　　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*　☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**Verizon Wireless**
Name
**3587 Parkway Ln**
Number　　　Street

**Norcross**　　　**GA**　　**30092-2827**
City　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*　☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**Wachovia Bank**
Name
**PO Box 96074**
Number　　　Street

**Charlotte**　　　**NC**　　**28296-0074**
City　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*　☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**Wells Fargo**
Name
**PO Box 10438**
Number　　　Street

**Des Moines**　　　**IA**　　**50306**
City　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*　☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**Wells Fargo**
Name
**PO Box 93399**
Number　　　Street

**Albuquequer**　　　**NM**　　**87199-3399**
City　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*　☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**Xfinity**
Name
**9602 S 300 W. Ste B**
Number　　　Street

**Sandy**　　　**UT**　　**84070-3302**
City　　　　　　　State　　ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*　☐ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                                                   Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Xfinity**
_____
Name

**One Comcast Center**
_____
Number     Street

**1701 JFK Blvd**
_____

_____

**Philadelphia**      **PA**    **19103**
_____
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one)*:  ☐ Part 1: Creditors with Priority Unsecured Claims

                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___  ___  ___  ___

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**                              Case number (if known) _____

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6.   **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only. 28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $3,322.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
|  | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+** | $0.00 |
|  | 6e. | **Total.**  Add lines 6a through 6d. | 6d. | $3,322.00 |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
|  | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** | $185,213.00 |
|  | 6j. | **Total.**  Add lines 6f through 6i. | 6j. | $185,213.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Brandon** | **D.** | **French, Sr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Neallisha** | **S.** | **French** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| **Person or company with whom you have the contract or lease** | **State what the contract or lease is for** |
|---|---|
| **2.1** **Vaughn Ramcharitar** | **Residential lease** |
| Name | **Contract to be ASSUMED** |
| **Houston TX** | |
| Number     Street | |
| _____ | |
| City                              State      ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Brandon** | **D.** | **French, Sr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Neallisha** | **S.** | **French** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1.  **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)

☑ No
☐ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

☐ No.  Go to line 3.
☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
☑ Yes

In which community state or territory did you live?    **Texas**    Fill in the name and current address of that person.

**Neallisha S. French**
Name of your spouse, former spouse, or legal equivalent
**2915 Quail Hawk Dr.**
Number        Street

| | | |
|---|---|---|
| **Houston** | **TX** | **77014** |
| City | State | ZIP Code |

3.  In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Brandon** | **D.** | **French, Sr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Neallisha** | **S.** | **French** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed | ☑ Employed |
| | ☐ Not employed | ☐ Not employed |
| **Occupation** | ORM | ER Tech |
| **Employer's name** | Coca Cola | Memorial Hermann |
| **Employer's address** | Houston, TX | Houston, TX |
| | Number   Street | Number   Street |
| | City        State   Zip Code | City        State   Zip Code |
| **How long employed there?** | 10 months | 1.6 years |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $2,412.15 | $4,300.83 |
| **3.** | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | $2,412.15 | $4,300.83 |

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**

Case number (if known) _____

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ..................................................➔ | 4. | $2,412.15 | $4,300.83 |
| **5.** | List all payroll deductions: | | | |
| | **5a.** Tax, Medicare, and Social Security deductions | 5a. | $264.12 | $341.98 |
| | **5b.** Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| | **5c.** Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| | **5d.** Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| | **5e.** Insurance | 5e. | $53.71 | $367.77 |
| | **5f.** Domestic support obligations | 5f. | $0.00 | $0.00 |
| | **5g.** Union dues | 5g. | $0.00 | $0.00 |
| | **5h.** Other deductions. Specify: _____ | 5h.+ | $0.00 | $0.00 |
| **6.** | **Add the payroll deductions.**    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $317.83 | $709.75 |
| **7.** | **Calculate total monthly take-home pay.**    Subtract line 6 from line 4. | 7. | $2,094.32 | $3,591.08 |
| **8.** | List all other income regularly received: | | | |
| | **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | **8b.** Interest and dividends | 8b. | $0.00 | $0.00 |
| | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | **8d.** Unemployment compensation | 8d. | $0.00 | $0.00 |
| | **8e.** Social Security | 8e. | $0.00 | $0.00 |
| | **8f.** Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| | **8g.** Pension or retirement income | 8g. | $0.00 | $0.00 |
| | **8h.** Other monthly income. Specify: _____ | 8h.+ | $0.00 | $0.00 |
| **9.** | **Add all other income.**    Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | $0.00 |
| **10.** | **Calculate monthly income.**    Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $2,094.32  +  $3,591.08  =  $5,685.40 | |

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____                                                                                       11. +    $0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

12.    $5,685.40

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☑ No.    **None.**

☐ Yes. Explain:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Brandon** | **D.** | **French, Sr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Neallisha** | **S.** | **French** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **14 years** | ☐ No ☑ Yes |
| **Daughter** | **7 years** | ☐ No ☑ Yes |
| **Son** | **4 years** | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**    4.    **$1,495.00**
   Include first mortgage payments and any rent for the ground or lot.

   **If not included in line 4:**

   4a. Real estate taxes    4a. _____

   4b. Property, homeowner's, or renter's insurance    4b.    **$42.00**

   4c. Home maintenance, repair, and upkeep expenses    4c.    **$115.00**

   4d. Homeowner's association or condominium dues    4d. _____

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**

Case number (if known) _____

**Your expenses**

**5.** **Additional mortgage payments for your residence,** such as home equity loans   5. _____

**6.** **Utilities:**

6a.   Electricity, heat, natural gas   6a. _____ **$355.00**

6b.   Water, sewer, garbage collection   6b. _____ **$95.00**

6c.   Telephone, cell phone, Internet, satellite, and cable services   6c. _____ **$389.00**

6d.   Other.  Specify: _____   6d. _____

**7.** **Food and housekeeping supplies**   7. _____ **$1,020.00**

**8.** **Childcare and children's education costs**   8. _____ **$275.00**

**9.** **Clothing, laundry, and dry cleaning**   9. _____ **$245.00**

**10.** **Personal care products and services**   10. _____ **$115.00**

**11.** **Medical and dental expenses**   11. _____ **$225.00**

**12.** **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments.   12. _____ **$420.00**

**13.** **Entertainment, clubs, recreation, newspapers, magazines, and books**   13. _____ **$65.00**

**14.** **Charitable contributions and religious donations**   14. _____ **$25.00**

**15.** **Insurance.**

Do not include insurance deducted from your pay or included in lines 4 or 20.

15a.   Life insurance   15a. _____

15b.   Health insurance   15b. _____

15c.   Vehicle insurance   15c. _____ **$186.00**

15d.   Other insurance.  Specify: _____   15d. _____

**16.** **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20.

Specify: _____   16. _____

**17.** **Installment or lease payments:**

17a.   Car payments for Vehicle 1   **Vehicle payment**   17a. _____ **$340.00**

17b.   Car payments for Vehicle 2   **Vehicle payment (spouse)**   17b. _____ **$237.00**

17c.   Other.  Specify: _____   17c. _____

17d.   Other.  Specify: _____   17d. _____

**18.** **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**   18. _____

**19.** **Other payments you make to support others who do not live with you.**

Specify: _____   19. _____

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**                                    Case number (if known) _____

**20. Other real property expenses not included in lines 4 or 5 of this form or on
Schedule I: Your Income.**

20a.  Mortgages on other property                          20a.  _____

20b.  Real estate taxes                                    20b.  _____

20c.  Property, homeowner's, or renter's insurance         20c.  _____

20d.  Maintenance, repair, and upkeep expenses             20d.  _____

20e.  Homeowner's association or condominium dues          20e.  _____

**21. Other.**  Specify: _____   21.  +_____

**22. Calculate your monthly expenses.**

22a.  Add lines 4 through 21.                              22a.  |              **$5,644.00** |

22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b.  _____

22c.  Add line 22a and 22b.  The result is your monthly expenses.   22c.  |              **$5,644.00** |

**23. Calculate your monthly net income.**

23a.  Copy line 12 (your combined monthly income) from Schedule I.   23a.  _____**$5,685.40**

23b.  Copy your monthly expenses from line 22c above.     23b.  −_____**$5,644.00**

23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.                    23c.  |                 **$41.40** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.  Explain here:
**None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Brandon**<br>First Name | **D.**<br>Middle Name | **French, Sr.**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Neallisha**<br>First Name | **S.**<br>Middle Name | **French**<br>Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1.  *Schedule A/B: Property* (Official Form 106A/B)

    1a.  Copy line 55, Total real estate, from Schedule A/B.................................................................  **$0.00**

    1b.  Copy line 62, Total personal property, from Schedule A/B.....................................................  **$17,480.00**

    1c.  Copy line 63, Total of all property on Schedule A/B..............................................................  **$17,480.00**

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D.....  **$10,124.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.....................................  **$3,322.00**

    3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F...........................  **+ $185,213.00**

**Your total liabilities**  **$198,659.00**

### Part 3:   Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of Schedule I.................................................................  **$5,685.40**

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of Schedule J.........................................................................  **$5,644.00**

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                                    Case number (if known) _____

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

**6.    Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑  Yes

**7.    What kind of debt do you have?**

☑  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

**8.    From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**

**$7,016.17**

**9.    Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

| | | |
|---|---|---:|
| 9a. | Domestic support obligations.  (Copy line 6a.) | **$0.00** |
| 9b. | Taxes and certain other debts you owe the government.  (Copy line 6b.) | **$3,322.00** |
| 9c. | Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | **$0.00** |
| 9d. | Student loans.  (Copy line 6f.) | **$0.00** |
| 9e. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | **$0.00** |
| 9f. | Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | **+    $0.00** |
| 9g. | **Total.**  Add lines 9a through 9f. | **$3,322.00** |

**Fill in this information to identify your case:**

Debtor 1    **Brandon**          **D.**          **French, Sr.**
            First Name           Middle Name      Last Name

Debtor 2    **Neallisha**       **S.**          **French**
(Spouse, if filing) First Name  Middle Name      Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)  _____

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Brandon D. French, Sr.**          X **/s/ Neallisha S. French**
   Brandon D. French, Sr., Debtor 1          Neallisha S. French, Debtor 2

Date **03/28/2019**                       Date **03/28/2019**
     MM / DD / YYYY                             MM / DD / YYYY

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Brandon** | **D.** | **French, Sr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Neallisha** | **S.** | **French** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy 04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:      Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**
   ☒ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☒ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☒ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**                                    Case number (if known) _____

| **Part 2:** | **Explain the Sources of Your Income** |
|---|---|

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | **$8,674.00** | ☑ Wages, commissions, bonuses, tips | **$12,683.00** |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:** (January 1 to December 31, __2018__ ) YYYY | ☑ Wages, commissions, bonuses, tips | **$23,894.00** | ☑ Wages, commissions, bonuses, tips | **$52,155.00** |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, __2017__ ) YYYY | ☑ Wages, commissions, bonuses, tips | **$23,038.00** | ☑ Wages, commissions, bonuses, tips | **$35,688.00** |
| | ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☑ No
☐ Yes.  Fill in the details.

Official Form 107     **Statement of Financial Affairs for Individuals Filing for Bankruptcy**     page 2

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                                         Case number (if known) _____

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.    **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐   No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐   No.  Go to line 7.

☐   Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑   Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐   No.  Go to line 7.

☑   Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **SK Enterprises** | | $340.00 | $2,658.00 | ☐ Mortgage |
| Creditor's name | | | | ☑ Car |
| **5202 Bingle Rd** | Monthly | | | ☐ Credit card |
| Number      Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| **Houston**          **TX**    **77092** | | | | ☐ Other _____ |
| City                State   ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Vehicle Solutions Corp** | | $237.00 | $7,466.00 | ☐ Mortgage |
| Creditor's name | | | | ☑ Car |
| **104 Crandon Blvd Ste 400** | Monthly | | | ☐ Credit card |
| Number      Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| **Key Biscayne**       **FL**    **33149** | | | | ☐ Other _____ |
| City                State   ZIP Code | | | | |

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**                                        Case number (if known) _____

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

    ☑ No
    ☐ Yes.  List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

    Include payments on debts guaranteed or cosigned by an insider.

    ☑ No
    ☐ Yes.  List all payments that benefited an insider.

---

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---------|--------------------------------------------------------|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☑ No
    ☐ Yes.  Fill in the details.

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes.  Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**

Case number (if known) _____

| Part 5: | List Certain Gifts and Contributions |
|---------|--------------------------------------|

**13.** **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes.  Fill in the details for each gift.

**14.** **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes.  Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
|---------|---------------------|

**15.** **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes.  Fill in the details.

| Part 7: | List Certain Payments or Transfers |
|---------|------------------------------------|

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No

☑ Yes.  Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Christopher Todd Morrison, P.C.**<br>Person Who Was Paid | | | |
| **1306 Dorothy Street**<br>Number     Street | | 09/13/2018 | $999.00 |
| | | | |
| **Houston**                **TX**      **77008**<br>City                        State     ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Abacus**<br>Person Who Was Paid | | | |
| Number     Street | | 3/2019 | $25.00 |
| | | | |
| **Houston**                **TX**<br>City                        State     ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Official Form 107        **Statement of Financial Affairs for Individuals Filing for Bankruptcy**        page 5

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French** _____    Case number (if known) _____

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |
|---|---|

**23.** **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

Debtor 1    **Brandon D. French, Sr.**

Debtor 2    **Neallisha S. French**                                    Case number (if known) _____

| **Part 10:** | **Give Details About Environmental Information** |
|---|---|

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No
    ☐ Yes.  Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

    ☒ No
    ☐ Yes.  Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

    ☒ No
    ☐ Yes.  Fill in the details.

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |
|---|---|

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☐ An officer, director, or managing executive of a corporation
    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☒ No.  None of the above applies.  Go to Part 12.
    ☐ Yes.  Check all that apply above and fill in the details below for each business.

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

    ☐ No
    ☐ Yes.  Fill in the details below.

Debtor 1     **Brandon D. French, Sr.**

Debtor 2     **Neallisha S. French**                                                      Case number (if known) _____

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Brandon D. French, Sr.**                          X **/s/ Neallisha S. French**

    Brandon D. French, Sr., Debtor 1                              Neallisha S. French, Debtor 2

Date     **03/28/2019**                                Date     **03/28/2019**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____     Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Brandon** | **D.** | **French, Sr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Neallisha** | **S.** | **French** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

# Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1:    List Your Creditors Who Hold Secured Claims

1.  **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **SK Enterprises** <br> Description of property securing debt: **2005 Honda Accord** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ☑ Yes |
| Creditor's name: **Vehicle Solutions Corp** <br> Description of property securing debt: **2011 Nissan Altima** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ☑ Yes |

Debtor 1   **Brandon D. French, Sr.**

Debtor 2   **Neallisha S. French**                                                     Case number (if known) _____

---

| **Part 2:** | **List Your Unexpired Personal Property Leases** |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**                                     **Will this lease be assumed?**

Lessor's name:          **Vaughn Ramcharitar**                                          ☐  No

Description of leased     **Residential lease**                                          ☑  Yes
property:

---

| **Part 3:** | **Sign Below** |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Brandon D. French, Sr.**                         X **/s/ Neallisha S. French**

Brandon D. French, Sr., Debtor 1                         Neallisha S. French, Debtor 2

Date **03/28/2019**                                      Date **03/28/2019**

MM / DD / YYYY                                           MM / DD / YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.**
  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   | | |
|---|---|---|
|   | $245 | filing fee |
|   | $75 | administrative fee |
| + | $15 | trustee surcharge |
|   | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11:  Reorganization

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

> ## Warning: File Your Forms on Time
>
> Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition.  The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.
>
> For more information about the documents and their deadlines, go to:
>
> http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).  To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency.  11 U.S.C. § 109(h).  If you are filing a joint case, both spouses must receive the briefing.  With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition.  This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge.  If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Brandon D. French, Sr.**
      **Neallisha S. French**

Case No.  _____

Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................Fixed Fee:   **$999.00**

Prior to the filing of this statement I have received........................................................   **$999.00**

Balance Due.............................................................................................................   **$0.00**

2. The source of the compensation paid to me was:
☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:
☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **03/28/2019** | **/s/ Christopher Morrison** | |
|---|---|---|
| *Date* | *Christopher Morrison* | Bar No.  24010250 |
| | Christopher Todd Morrison, P.C. | |
| | 1306 Dorothy Street | |
| | Houston, TX 77008 | |
| | Phone: (713) 863-1001 / Fax: (713) 863-0024 | |

---

  **/s/ Brandon D. French, Sr.**

**Brandon D. French, Sr.**

  **/s/ Neallisha S. French**

**Neallisha S. French**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Brandon D. French, Sr.**                                      CASE NO
         **Neallisha S. French**

                                                                          CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _3/28/2019_____          Signature _/s/ Brandon D. French, Sr._____
                                                     **Brandon D. French, Sr.**


Date _3/28/2019_____          Signature _/s/ Neallisha S. French_____
                                                     **Neallisha S. French**

ACA Recovery
76 N Maple Ave, Ste 141
Ridgewood, NJ 07450


Accounts Clearing House
PO Box 2373
Glen Burnie, MD 21060


Ace
1231 Greenway Dr  Ste 700
Irving, TX 75038


ADT Alarm
PO Box 371490
Pittsburgh, PA 15250


Agency Insurance Co
PO Box 8900
Elkridge, MD 21075-8900


AIC
PO Box 8900
Elkridge, MD 21075


Alacrity Collections Corp
PO Box 586
Riva, MD 21140-0586


Allstate
PO Box 3579
Akron, OH 44309-3579


Allstate
PO Box 4303
Carol Stream, IL 60197

```
AMCA Collection Agency
2269 S Saw Mill River Rd
Elmsford, NY 10523


AMCA Collection Agency
P.O. Box 1235
Elmsford, NY 10523-0935


American Coradius
300 Essjay Rd  Ste 150
Williamsville, NY 14221-8208


American Credit Accept
961 E Main St
Spartanburg, SC 29302


Andalman & Flynn PC
8601 Georgia Ave Ste 206
Silver Springs, MD 20910-3496


Anne Arundel County Ef
8436 Verterns Highway
Millersville, MD 21108


Anne Arundel Med Ctr
2001 Medical Pkwy
Annapolis, MD 21401


Apelles
PO Box 1197
Westerville, OH 43086


ARS National Services
PO Box 463023
Escondido, CA 92046-3023
```

Baltimore Washing FCU
301 Hospital Dr
Glen Burnie, MD 21060


Bank of America
PO Box 2759
Jacksonville, FL 32203-2759


Bank of America
7206 Ritchie Hwy
Glen Burnie, MD 21061


Bay Area Credit Service LLC
PO Box 468449
Atlanta, GA 31146


Bay County Financial
6619 Ritchie Hwy
Glen Burnie, MD 21061


Bb & T Bankcard
PO Box 1847
Wilson, NC 27894-1847


BB&T Branch Banking
PO Box 632
Whiteville, NC 28472


BGE
PO Box 13070
Philadelphia, PA 19101-3070


Caine & Weiner
15025 Oxnard St #100
Van Nuys, CA 91409

Caine Weiner
Po Box 55848
Sherman Oaks, CA 91413


Capital One
Po Box 30281
Salt Lake City, UT 84130


Capital One Auto Finan
3901 Dallas Pkwy
Plano, TX 75093


Care First Blue Cross
PO Box 79749
Baltimore, MD 21279


Cash Net
200 W. Jackson Blvd. 14th Floor
Chicago, IL 60606-6941


Cash Net
175 West Jackson Suite 1000
Chicago, IL 60604


Ces/dept Of Ed
C/o Acs
Utica, NY 13501


Chase Bank
PO Box 19600
Houston, TX 77224-9600


Chase Card
P.o. Box 15298
Wilmington, DE 19850

Comcast
PO Box 660618
Dallas, TX 75266-0618


Convergent Outsourcing
800 Sw 39th St
Renton, WA 98057


Convergent Outsourcing
Po Box 9004
Renton, WA 98057


Credence Resource Manage
PO Box 2210
Southgate, MI 48195-4210


Credit Controll, LLC
PO Box 546
Hazlewood, MO 63042


Credit One Bank
PO Box 60500
City of Industry, CA 91716


Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193


Credit Protection Asso
13355 Noel Rd Ste 2100
Dallas, TX 75240


Crest Financial
15 West Scenic Pointe Dr., Ste. 350
Salt Lake City, UT 84020

CSAA General Insurance
3055 OAK ROAD
WALNUT CREEK, CA 94597


Dept Of Education/neln
3015 Parker Rd
Aurora, CO 80014


Direct TV
PO Box 105261
Atlanta, GA 30348-5261


Diversified Consultants, Inc.
PO Box 1391
Southgate, MI 48195-0391


Don's Auto World
15404 Kuhkendahl Rd
Houston, TX 77090


Enhances Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256


Eos Cca
Po Box 981008
Boston, MA 02298


EOS CCA
PO Box 567
Norwell, MA 02061-0567


EOS CCA
PO Box 981002
Boston, MA 02298-1002

Extra Space Storage
9702 Halls Ferry Rd
St Louis, MO 63136


Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106


Fedloan
Po Box 60610
Harrisburg, PA 17106


Fingerhut
PO Box 2900
St Cloud, MN 56395


First Credit Services, Inc.
371 Hoes Lane, Suite 300 B
Piscataway, NJ 08854


First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107


Fitnes Connection
PO Box 680768
Houston, TX 77268


FM 1960 Emergency Phys
Phoenix Fin
PO Box 98818
Las Vegas, NV 89193


Gerber Life Insurance
445 State St
Freemont, MI 49412

Gold's Gym
7900 Ritchie Hwy Ste 129C
Glen Burnie, MO 21061


Golds Gym
8741 Hospital Dr
Douglasville, GA 30134


Harris County Alarm Detail
9418 Jensen Dr. Ste A
Houston, TX 77093


Harvest Associates, Inc.
1010 Spring-Cypress Rd, Box #138
Spring, TX 77373-2503


Harvest Associates, Inc.
821 Crossbridge Dr
Spring, TX 77373


HCTRA- Violations
Dept 1
PO Box 4440
Houston, TX 77210-4440


Houston Methodist
PO Box 3133
Houston, TX 77253-3133


Houston Northwest Med
PO Box 740785
Cincinnatti, OH 45274-0785


Houston Northwest Medical Center
PO Box 830913
Dallas, TX 75284

```
Houston Northwest Medical Center
PO Box 740785
Houston, TX 77914-1535



Houston NW Radiology Assoc.
PO Box 3686  Dept. 467
Houston, TX 77253



HSN
PO Box 9090
Clearwater, FL 33758-9090



Hunter Warfield
4620 Woodland Corporate
Tampa, FL 33614



Hunter Warfiled
3111 W. Dr. Martin Luther King Blvd
#200
Tampa, FL 33607



Imagine/atlanticus
Pob 105555
Atlanta, GA 30348



IRS
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346



IRS
1919 Smith Street, STOP 5024 HOU
Houston, TX 77002



Jefferson Capital Syst
16 Mcleland Rd
Saint Cloud, MN 56303
```

Jefferson Capital Systems
16 McLeland Rd
St Cloud, MN 56303


Jonathan Neil & Ass, Inc.
18321 Ventura Blvd. Suite 1000
Tarzana, CA 91356


Lab Corp
PO Box 2240
Burlington, NC 27216


Law Office of Joel Cardis LLC
2006 Swede Rd Suite 100
E. Norriton, PA 19401


Lendmark Financial Ser
2118 Usher St Nw
Covington, GA 30014


Linebarger, Goggan, Blair & Sampson
4828 Loop Central Dr. Suite 500
Houston, TX 77081


Linebarger, Goggan, Blair et al
900 Arion Pkwy  Ste 104
San Antonio, TX 78216


Lori Sweitzer OB Gyn
2000 Medical Pkwy Ste 310
Annapolis, MD 21401


M and T Bank
1 Fountain Plaza 7th Floor
Buffalo, NY 14203

M&T Bank
PO Box 62182
Baltimore, MD 21264-2182


Mariner Finance
1650 Louetta Rd Suite 200
Spring, TX 77388


Mariner Finance
8211 Town Center Dr
Nottingham, MD 21236


Marinr Finc
8211 Town Center Dr
Nottingham, MD 21236


Maryland Primary Care Phys
PO Box 62676
Baltimore, MD 21264


MCM
PO Box 300
San Deigo, CA 92108


Medicredit Inc
PO Box 1629
Maryland Heights, MO 63043-0629


Memorial Hermann
PO Box 4370
Houston, TX 77210-4370


Mercantile Adjmnt Bur
165 Lawrence Bell Dr Ste
Buffalo, NY 14221

Merrick Bank Corp
Pob 9201
Old Bethpage, NY 11804


MHMG Woodlands Card
9180 Pinecroft Dr  Ste 400
Spring, TX 77380-9999


Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108


N.A.R.
PO Box 505
Linden, MI 48451-0505


National Recovery Agen
2491 Paxton St
Harrisburg, PA 17111


Nationwide Mutual Inrance Co
1100 Richmond Ave, Ste 400
Houston, TX 77042


Navy Federal Cr Union
Po Box 3700
Merrifield, VA 22119


NPAS Solutions, LLC
PO Box 33188
Louisville, KY 40232


PayPal Credit
PO Box 105658
Atlanta, GA 30348-5658

Pediatric Place
PO Box 14000
Belfast, ME 04915

Pelican Auto
9444 Farnham St Ste 200
San Diego, CA 92123

Pelican Auto Finance L
9444 Farnham St Ste 200
San Diego, CA 92123

Pendrick Capital Partners
2810 Southampton Rd
Philadelphia, PA 19154

Penn Credit Corp
916 S 14th
PO Box 988
Harrisburg, PA 17108-0988

Phoenix Financial Serv
8902 Otis Ave Ste 103a
Indianapolis, IN 46216

Phoenix Financial Services LLC
PO Box 26580
Indianapolis, IN 46226-0580

Planet Fitnes
5604 Silver Hill Rd.
District Heights, MD 20747

Plaza Servic
110 Hammond Drive Suite 110
Atlanta, GA 30328

Portfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541


Progressive Insurance
Dept 0583
Carol Stream, IL 60132


Progressive Insurance
PO Box 94568
Cleveland, OH 44101


Progressive Leasing
256 West Data Dr
Draper, UT 84020


Public Storage
1492 S Clinton St
Denver, CO 80247


Quest Diagnostice Inc.
PO Box 740698
Cincinnati, OH 45274-0698


QVC
1356 Enterprise Dr.
West Chester, PA 19380


QVC
1010 N Loop 1604 E
San Antonio, TX 78232


Radius Global Solutions LLC
7831 Glenroy Rd., Ste Suite 250-A
Minneapolis, MN 55439-3132

Receivable Management
Pob 17305
Richmond, VA 23226


Receivables Management Sol, Inc.
992 So. Robert St.
West St. paul, MN 55118


Reliant Energy
PO Box 3765
Houston, TX 77253-3765


Rent A Center
5501 Headquarters Drive
Plano, Texas 75024


Rent A Center
7722 Ritchie Hwy
Glen Burnie, MD 21061


Resort Financial Services
PO Box 93742
Las Vegas, NV 89193-3742


Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161


Shop NBC
PO Box 305249
Nashville, TN 37230-5249


SK Enterprises
5202 Bingle Rd
Houston, TX 77092

Specialized Collection System, Inc
PO Box 441508
Houston, TX 77244-1508

Sprint
899 Eaton Ave.
Bethlehem, PA 18025-0023

Sprint
PO Box 17990
Denver, CO 80217-0990

State Emp Cu Of Maryla
8501 Lasalle Rd
Baltimore, MD 21204

State Farm
8900 Amberglen Blvd
Austin, TX 78729-1110

State Of Md/ccu
300 W Preston St Ste 503
Baltimore, MD 21201

Suntrust Bank
PO Box 305183
Nashville, TN 37230-5183

Suntrust Bank
100 Crain Hwy SW
Glen Burnie, MD 21061

Synergetic Comm
1301 E. 3rd Ave Suite 200
Post Falls, ID 83854

```
TD Bank
200 South 108th Ave
Omaha, NE 68154-2631


TD Bank
7926 Crain Hwy S
Glen Burnie, MD 21061


Td Banknorth Maine
32 Chestnut St
Lewiston, ME 04240


Tower FCU
1077 MO 3
Gambrills, MD 21060


Transworld Sys Inc/51
500 Virginia Dr Ste 514
Ft Washington, PA 19034


Transworld System Inc/
500 Virginia Dr Ste 514
Fort Washington, PA 19034


Transworld Systems Inc
PO Box 15393
Wilmington, DE 15393


Transworld Systems Inc.
5880 Commerce Blvd.
Rohmert Park, CA 94928-1651


TX EM-I Med Services PC
PO Box 99034
Las Vegas, NV 89193-9034
```

```
U S Dept Of Ed/gsl/atl
Po Box 4222
Iowa City, IA 52244


United Acceptance Inc
2400 Lake Park Dr
Smyrna, GA 30080


United Recovery Systems Inc
PO Box 722929
Houston, TX 77272-2929


United Recovery Systems, Inc.
3100 S. Gessner, Ste 400
Houston, TX 77063


University of Maryland
PO Box 64021
Baltimore, MD 21264-4021


UR Furniture
16747 A North Freeway
Houston, TX 77090


Vaughn Ramcharitar
Houston TX


Vehicle Solutions Corp
104 Crandon Blvd Ste 400
Key Biscayne, FL 33149


Venture General Agency
PO Box 1970
Marble Falls, SD 78654
```

Verizon Wireless
3587 Parkway Ln
Norcross, GA 30092-2827


Wachovia Bank
PO Box 96074
Charlotte, NC 28296-0074


Webbank/fingerhut
6250 Ridgewood Rd
Saint Cloud, MN 56303


Wells Fargo
PO Box 93399
Albuquequer, NM 87199-3399


Wells Fargo
PO Box 10438
Des Moines, IA 50306


Wf Efs
Po Box 5185
Sioux Falls, SD 57117


Woodlands Emerg Phys
PO Box 2487
Houston, TX 77252-2487


Xfinity
One Comcast Center
1701 JFK Blvd
Philadelphia, PA 19103


Xfinity
9602 S 300 W. Ste B
Sandy, UT 84070-3302

*Christopher Morrison, Bar No. 24010250*
*Christopher Todd Morrison, P.C.*
*1306 Dorothy Street*
*Houston, TX 77008*
*(713) 863-1001*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

In re:                    Case No.:

**Brandon D. French, Sr.**            SSN:   xxx-xx-8921

**Neallisha S. French**             SSN:   xxx-xx-6356

Debtor(s)

## Numbered Listing of Creditors

Address:

**2915 Quail Hawk Dr.**         Chapter:   **7**
**Houston, TX 77014**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.    ACA Recovery<br>76 N Maple Ave, Ste 141<br>Ridgewood, NJ 07450 | Unsecured Claim | $0.00 |
| 2.    Accounts Clearing House<br>PO Box 2373<br>Glen Burnie, MD 21060 | Unsecured Claim | $406.00 |
| 3.    Ace<br>1231 Greenway Dr  Ste 700<br>Irving, TX 75038 | Unsecured Claim | $1,000.00 |
| 4.    ADT Alarm<br>PO Box 371490<br>Pittsburgh, PA 15250 | Unsecured Claim | $1,397.00 |
| 5.    Agency Insurance Co<br>PO Box 8900<br>Elkridge, MD 21075-8900 | Unsecured Claim | $0.00 |
| 6.    AIC<br>PO Box 8900<br>Elkridge, MD 21075 | Unsecured Claim | $800.00 |

in re:   **Brandon D. French, Sr.**

| | Debtor | | Case No. (if known) |

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7.   Alacrity Collections Corp<br>PO Box 586<br>Riva, MD 21140-0586 | Unsecured Claim | $0.00 |
| 8.   Allstate<br>PO Box 3579<br>Akron, OH 44309-3579 | Unsecured Claim | $0.00 |
| 9.   Allstate<br>PO Box 4303<br>Carol Stream, IL 60197 | Unsecured Claim | $0.00 |
| 10.   AMCA Collection Agency<br>2269 S Saw Mill River Rd<br>Elmsford, NY 10523 | Unsecured Claim | $0.00 |
| 11.   AMCA Collection Agency<br>P.O. Box 1235<br>Elmsford, NY 10523-0935 | Unsecured Claim | $0.00 |
| 12.   American Coradius<br>300 Essjay Rd  Ste 150<br>Williamsville, NY 14221-8208 | Unsecured Claim | $0.00 |
| 13.   American Credit Accept<br>961 E Main St<br>Spartanburg, SC 29302<br>47200154790841001 | Unsecured Claim | $7,397.00 |
| 14.   Andalman & Flynn PC<br>8601 Georgia Ave Ste 206<br>Silver Springs, MD 20910-3496 | Unsecured Claim | $0.00 |
| 15.   Anne Arundel County Ef<br>8436 Verterns Highway<br>Millersville, MD 21108<br>158300001 | Unsecured Claim | $0.00 |

in re:  **Brandon D. French, Sr.**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 16. | Anne Arundel Med Ctr<br>2001 Medical Pkwy<br>Annapolis, MD 21401 | Unsecured Claim | $10,100.00 |
| 17. | Apelles<br>PO Box 1197<br>Westerville, OH 43086 | Unsecured Claim | $0.00 |
| 18. | ARS National Services<br>PO Box 463023<br>Escondido, CA 92046-3023 | Unsecured Claim | $0.00 |
| 19. | Baltimore Washing FCU<br>301 Hospital Dr<br>Glen Burnie, MD 21060 | Unsecured Claim | $100.00 |
| 20. | Bank of America<br>PO Box 2759<br>Jacksonville, FL 32203-2759 | Unsecured Claim | $0.00 |
| 21. | Bank of America<br>7206 Ritchie Hwy<br>Glen Burnie, MD 21061 | Unsecured Claim | $2,000.00 |
| 22. | Bay Area Credit Service LLC<br>PO Box 468449<br>Atlanta, GA 31146 | Unsecured Claim | $0.00 |
| 23. | Bay County Financial<br>6619 Ritchie Hwy<br>Glen Burnie, MD 21061 | Unsecured Claim | $3,000.00 |
| 24. | Bb & T Bankcard<br>PO Box 1847<br>Wilson, NC 27894-1847 | Unsecured Claim | $0.00 |

in re:   **Brandon D. French, Sr.**

|  | Debtor | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 25. BB&T Branch Banking<br>PO Box 632<br>Whiteville, NC 28472 | Unsecured Claim | $0.00 |
| 26. BGE<br>PO Box 13070<br>Philadelphia, PA 19101-3070 | Unsecured Claim | $0.00 |
| 27. Caine & Weiner<br>15025 Oxnard St #100<br>Van Nuys, CA 91409 | Unsecured Claim | $0.00 |
| 28. Caine Weiner<br>Po Box 55848<br>Sherman Oaks, CA 91413<br>12713160 | Unsecured Claim | $606.00 |
| 29. Capital One<br>Po Box 30281<br>Salt Lake City, UT 84130<br>5178057861304751 | Unsecured Claim | $960.00 |
| 30. Capital One<br>Po Box 30281<br>Salt Lake City, UT 84130<br>5178058841384160 | Unsecured Claim | $500.00 |
| 31. Capital One<br>Po Box 30281<br>Salt Lake City, UT 84130<br>5178057754003882 | Unsecured Claim | $478.00 |
| 32. Capital One Auto Finan<br>3901 Dallas Pkwy<br>Plano, TX 75093<br>62062116081071001 | Unsecured Claim | $20,309.00 |
| 33. Care First Blue Cross<br>PO Box 79749<br>Baltimore, MD 21279 | Unsecured Claim | $100.00 |

in re:   **Brandon D. French, Sr.**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 34. Cash Net<br>200 W. Jackson Blvd. 14th Floor<br>Chicago, IL 60606-6941 | Unsecured Claim | $655.00 |
| 35. Cash Net<br>175 West Jackson Suite 1000<br>Chicago, IL 60604 | Unsecured Claim | $785.00 |
| 36. Ces/dept Of Ed<br>C/o Acs<br>Utica, NY 13501<br>2133563561 | Unsecured Claim | $0.00 |
| 37. Chase Bank<br>PO Box 19600<br>Houston, TX 77224-9600 | Unsecured Claim | $0.00 |
| 38. Chase Card<br>P.o. Box 15298<br>Wilmington, DE 19850<br>4266841114085556 | Unsecured Claim | $0.00 |
| 39. Comcast<br>PO Box 660618<br>Dallas, TX 75266-0618 | Unsecured Claim | $800.00 |
| 40. Convergent Outsourcing<br>800 Sw 39th St<br>Renton, WA 98057<br>32720397 | Unsecured Claim | $1,191.00 |
| 41. Convergent Outsourcing<br>Po Box 9004<br>Renton, WA 98057 | Unsecured Claim | $0.00 |
| 42. Credence Resource Manage<br>PO Box 2210<br>Southgate, MI 48195-4210 | Unsecured Claim | $0.00 |

in re:  **Brandon D. French, Sr.**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 43. Credit Controll, LLC<br>PO Box 546<br>Hazlewood, MO 63042 | Unsecured Claim | $0.00 |
| 44. Credit One Bank<br>PO Box 60500<br>City of Industry, CA 91716 | Unsecured Claim | $0.00 |
| 45. Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193<br>4447962165287511 | Unsecured Claim | $0.00 |
| 46. Credit Protection Asso<br>13355 Noel Rd Ste 2100<br>Dallas, TX 75240<br>22384346 | Unsecured Claim | $829.00 |
| 47. Crest Financial<br>15 West Scenic Pointe Dr., Ste. 350<br>Salt Lake City, UT 84020 | Unsecured Claim | $0.00 |
| 48. CSAA General Insurance<br>3055 OAK ROAD<br>WALNUT CREEK, CA 94597 | Unsecured Claim | $500.00 |
| 49. Dept Of Education/neln<br>3015 Parker Rd<br>Aurora, CO 80014<br>900000519318023 | Unsecured Claim | $9,552.00 |
| 50. Dept Of Education/neln<br>3015 Parker Rd<br>Aurora, CO 80014<br>900000519317923 | Unsecured Claim | $7,924.00 |
| 51. Direct TV<br>PO Box 105261<br>Atlanta, GA 30348-5261 | Unsecured Claim | $674.00 |

in re:   **Brandon D. French, Sr.**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 52. Diversified Consultants, Inc.<br>PO Box 1391<br>Southgate, MI 48195-0391 | Unsecured Claim | $674.00 |
| 53. Don's Auto World<br>15404 Kuhkendahl Rd<br>Houston, TX 77090 | Unsecured Claim | $2,500.00 |
| 54. Enhances Recovery Corp<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | Unsecured Claim | $0.00 |
| 55. Eos Cca<br>Po Box 981008<br>Boston, MA 02298<br>10504149 | Unsecured Claim | $2,456.00 |
| 56. EOS CCA<br>PO Box 567<br>Norwell, MA 02061-0567 | Unsecured Claim | $2,456.00 |
| 57. EOS CCA<br>PO Box 981002<br>Boston, MA 02298-1002 | Unsecured Claim | $0.00 |
| 58. Extra Space Storage<br>9702 Halls Ferry Rd<br>St Louis, MO 63136 | Unsecured Claim | $0.00 |
| 59. Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106<br>1609235362FD00002 | Unsecured Claim | $23,655.00 |
| 60. Fedloan<br>Po Box 60610<br>Harrisburg, PA 17106<br>8339227671FD00004 | Unsecured Claim | $0.00 |

in re:   **Brandon D. French, Sr.**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 61.  Fingerhut<br>PO Box 2900<br>St Cloud, MN 56395 | Unsecured Claim | $0.00 |
| 62.  First Credit Services, Inc.<br>371 Hoes Lane, Suite 300 B<br>Piscataway, NJ 08854 | Unsecured Claim | $131.00 |
| 63.  First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107<br>5178006648292631 | Unsecured Claim | $555.00 |
| 64.  First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107<br>5178007409006459 | Unsecured Claim | $445.00 |
| 65.  Fitnes Connection<br>PO Box 680768<br>Houston, TX 77268 | Unsecured Claim | $0.00 |
| 66.  FM 1960 Emergency Phys<br>Phoenix Fin<br>PO Box 98818<br>Las Vegas, NV 89193 | Unsecured Claim | $1,679.00 |
| 67.  Gerber Life Insurance<br>445 State St<br>Freemont, MI 49412 | Unsecured Claim | $3,000.00 |
| 68.  Gold's Gym<br>7900 Ritchie Hwy Ste 129C<br>Glen Burnie, MO 21061 | Unsecured Claim | $800.00 |
| 69.  Golds Gym<br>8741 Hospital Dr<br>Douglasville, GA 30134 | Unsecured Claim | $0.00 |

in re:   **Brandon D. French, Sr.**

| | Debtor | Case No. (if known) |
|---|---|---|

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 70. | Harris County Alarm Detail<br>9418 Jensen Dr. Ste A<br>Houston, TX 77093 | Unsecured Claim | $75.00 |
| 71. | Harvest Associates, Inc.<br>1010 Spring-Cypress Rd, Box #138<br>Spring, TX 77373-2503 | Unsecured Claim | $0.00 |
| 72. | Harvest Associates, Inc.<br>821 Crossbridge Dr<br>Spring, TX 77373 | Unsecured Claim | $0.00 |
| 73. | HCTRA- Violations<br>Dept 1<br>PO Box 4440<br>Houston, TX 77210-4440 | Unsecured Claim | $850.00 |
| 74. | Houston Methodist<br>PO Box 3133<br>Houston, TX 77253-3133 | Unsecured Claim | $1,500.00 |
| 75. | Houston Methodist<br>PO Box 3133<br>Houston, TX 77253-3133 | Unsecured Claim | $20.00 |
| 76. | Houston Northwest Med<br>PO Box 740785<br>Cincinnatti, OH 45274-0785 | Unsecured Claim | $1,532.00 |
| 77. | Houston Northwest Medical Center<br>PO Box 830913<br>Dallas, TX 75284 | Unsecured Claim | $0.00 |
| 78. | Houston Northwest Medical Center<br>PO Box 740785<br>Houston, TX 77914-1535 | Unsecured Claim | $0.00 |

in re:   **Brandon D. French, Sr.**

_____                    _____

Debtor                                                              Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 79. Houston NW Radiology Assoc.<br>PO Box 3686  Dept. 467<br>Houston, TX 77253 | Unsecured Claim | $40.00 |
| 80. HSN<br>PO Box 9090<br>Clearwater, FL 33758-9090 | Unsecured Claim | $1,000.00 |
| 81. Hunter Warfield<br>4620 Woodland Corporate<br>Tampa, FL 33614<br>5003490 | Unsecured Claim | $3,693.00 |
| 82. Hunter Warfiled<br>3111 W. Dr. Martin Luther King Blvd<br>#200<br>Tampa, FL 33607 | Unsecured Claim | $0.00 |
| 83. Imagine/atlanticus<br>Pob 105555<br>Atlanta, GA 30348<br>7723110001991239 | Unsecured Claim | $0.00 |
| 84. IRS<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority Claim | $3,322.00 |
| 85. IRS<br>1919 Smith Street, STOP 5024 HOU<br>Houston, TX 77002 | Unsecured Claim | $0.00 |
| 86. Jefferson Capital Syst<br>16 Mcleland Rd<br>Saint Cloud, MN 56303<br>3423281842003 | Unsecured Claim | $616.00 |
| 87. Jefferson Capital Systems<br>16 McLeland Rd<br>St Cloud, MN 56303 | Unsecured Claim | $616.00 |

in re: **Brandon D. French, Sr.**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 88. Jonathan Neil & Ass, Inc.<br>18321 Ventura Blvd. Suite 1000<br>Tarzana, CA 91356 | Unsecured Claim | $0.00 |
| 89. Lab Corp<br>PO Box 2240<br>Burlington, NC 27216 | Unsecured Claim | $4,000.00 |
| 90. Law Office of Joel Cardis LLC<br>2006 Swede Rd Suite 100<br>E. Norriton, PA 19401 | Unsecured Claim | $643.00 |
| 91. Lendmark Financial Ser<br>2118 Usher St Nw<br>Covington, GA 30014<br>4502555002 | Unsecured Claim | $0.00 |
| 92. Linebarger, Goggan, Blair & Sampson<br>4828 Loop Central Dr. Suite 500<br>Houston, TX 77081 | Unsecured Claim | $850.00 |
| 93. Linebarger, Goggan, Blair et al<br>900 Arion Pkwy  Ste 104<br>San Antonio, TX 78216 | Unsecured Claim | $0.00 |
| 94. Lori Sweitzer OB Gyn<br>2000 Medical Pkwy Ste 310<br>Annapolis, MD 21401 | Unsecured Claim | $2,000.00 |
| 95. M and T Bank<br>1 Fountain Plaza 7th Floor<br>Buffalo, NY 14203 | Unsecured Claim | $1,000.00 |
| 96. M&T Bank<br>PO Box 62182<br>Baltimore, MD 21264-2182 | Unsecured Claim | $0.00 |

in re:   **Brandon D. French, Sr.**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 97. Mariner Finance<br>1650 Louetta Rd Suite 200<br>Spring, TX 77388 | Unsecured Claim | $0.00 |
| 98. Mariner Finance<br>8211 Town Center Dr<br>Nottingham, MD 21236 | Unsecured Claim | $0.00 |
| 99. Marinr Finc<br>8211 Town Center Dr<br>Nottingham, MD 21236<br>100301725411 | Unsecured Claim | $142.00 |
| 100. Maryland Primary Care Phys<br>PO Box 62676<br>Baltimore, MD 21264 | Unsecured Claim | $50.00 |
| 101. MCM<br>PO Box 300<br>San Deigo, CA 92108 | Unsecured Claim | $0.00 |
| 102. Medicredit Inc<br>PO Box 1629<br>Maryland Heights, MO 63043-0629 | Unsecured Claim | $867.00 |
| 103. Memorial Hermann<br>PO Box 4370<br>Houston, TX 77210-4370 | Unsecured Claim | $525.00 |
| 104. Mercantile Adjmnt Bur<br>165 Lawrence Bell Dr Ste<br>Buffalo, NY 14221<br>64239755 | Unsecured Claim | $808.00 |
| 105. Merrick Bank Corp<br>Pob 9201<br>Old Bethpage, NY 11804<br>4120614019277834 | Unsecured Claim | $896.00 |

in re:   **Brandon D. French, Sr.**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 106. MHMG Woodlands Card<br>9180 Pinecroft Dr  Ste 400<br>Spring, TX 77380-9999 | Unsecured Claim | $25.00 |
| 107. Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108<br>8567568280 | Unsecured Claim | $651.00 |
| 108. Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108<br>8567579044 | Unsecured Claim | $394.00 |
| 109. N.A.R.<br>PO Box 505<br>Linden, MI 48451-0505 | Unsecured Claim | $0.00 |
| 110. National Recovery Agen<br>2491 Paxton St<br>Harrisburg, PA 17111<br>11127957 | Unsecured Claim | $198.00 |
| 111. National Recovery Agen<br>2491 Paxton St<br>Harrisburg, PA 17111<br>11127960 | Unsecured Claim | $112.00 |
| 112. Nationwide Mutual Inrance Co<br>1100 Richmond Ave, Ste 400<br>Houston, TX 77042 | Unsecured Claim | $0.00 |
| 113. Navy Federal Cr Union<br>Po Box 3700<br>Merrifield, VA 22119<br>43000867711301 | Unsecured Claim | $0.00 |
| 114. NPAS Solutions, LLC<br>PO Box 33188<br>Louisville, KY 40232 | Unsecured Claim | $0.00 |

in re:  **Brandon D. French, Sr.**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 115. PayPal Credit<br>PO Box 105658<br>Atlanta, GA 30348-5658 | Unsecured Claim | $100.00 |
| 116. Pediatric Place<br>PO Box 14000<br>Belfast, ME 04915 | Unsecured Claim | $252.00 |
| 117. Pelican Auto<br>9444 Farnham St Ste 200<br>San Diego, CA 92123<br>10187 | Unsecured Claim | $0.00 |
| 118. Pelican Auto Finance L<br>9444 Farnham St Ste 200<br>San Diego, CA 92123<br>14543 | Unsecured Claim | $0.00 |
| 119. Pendrick Capital Partners<br>2810 Southampton Rd<br>Philadelphia, PA 19154 | Unsecured Claim | $0.00 |
| 120. Penn Credit Corp<br>916 S 14th<br>PO Box 988<br>Harrisburg, PA 17108-0988 | Unsecured Claim | $0.00 |
| 121. Phoenix Financial Serv<br>8902 Otis Ave Ste 103a<br>Indianapolis, IN 46216<br>42923737 | Unsecured Claim | $1,064.00 |
| 122. Phoenix Financial Serv<br>8902 Otis Ave Ste 103a<br>Indianapolis, IN 46216<br>42923735 | Unsecured Claim | $713.00 |
| 123. Phoenix Financial Services LLC<br>PO Box 26580<br>Indianapolis, IN 46226-0580 | Unsecured Claim | $0.00 |

in re:   **Brandon D. French, Sr.**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 124. Planet Fitnes<br>5604 Silver Hill Rd.<br>District Heights, MD 20747 | Unsecured Claim | $300.00 |
| 125. Plaza Servic<br>110 Hammond Drive Suite 110<br>Atlanta, GA 30328<br>47200158879301001 | Unsecured Claim | $8,985.00 |
| 126. Plaza Servic<br>110 Hammond Drive Suite 110<br>Atlanta, GA 30328<br>45025550 | Unsecured Claim | $6,566.00 |
| 127. Portfolio Recovery Associates<br>PO Box 12914<br>Norfolk, VA 23541 | Unsecured Claim | $0.00 |
| 128. Progressive Insurance<br>Dept 0583<br>Carol Stream, IL 60132 | Unsecured Claim | $0.00 |
| 129. Progressive Insurance<br>PO Box 94568<br>Cleveland, OH 44101 | Unsecured Claim | $0.00 |
| 130. Progressive Leasing<br>256 West Data Dr<br>Draper, UT 84020 | Unsecured Claim | $3,020.00 |
| 131. Public Storage<br>1492 S Clinton St<br>Denver, CO 80247 | Unsecured Claim | $600.00 |
| 132. Quest Diagnostice Inc.<br>PO Box 740698<br>Cincinnati, OH 45274-0698 | Unsecured Claim | $3,000.00 |

in re:  **Brandon D. French, Sr.**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 133.  QVC<br>1356 Enterprise Dr.<br>West Chester, PA 19380 | Unsecured Claim | $0.00 |
| 134.  QVC<br>1010 N Loop 1604 E<br>San Antonio, TX 78232 | Unsecured Claim | $525.00 |
| 135.  Radius Global Solutions LLC<br>7831 Glenroy Rd., Ste Suite 250-A<br>Minneapolis, MN 55439-3132 | Unsecured Claim | $0.00 |
| 136.  Receivable Management<br>Pob 17305<br>Richmond, VA 23226<br>R800PAT0018671592 | Unsecured Claim | $282.00 |
| 137.  Receivable Management<br>Pob 17305<br>Richmond, VA 23226<br>R800PAT0019454744 | Unsecured Claim | $187.00 |
| 138.  Receivables Management Sol, Inc.<br>992 So. Robert St.<br>West St. paul, MN 55118 | Unsecured Claim | $0.00 |
| 139.  Reliant Energy<br>PO Box 3765<br>Houston, TX 77253-3765 | Unsecured Claim | $1,600.00 |
| 140.  Rent A Center<br>5501 Headquarters Drive<br>Plano, Texas 75024 | Unsecured Claim | $600.00 |
| 141.  Rent A Center<br>7722 Ritchie Hwy<br>Glen Burnie, MD 21061 | Unsecured Claim | $700.00 |

in re:   **Brandon D. French, Sr.**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 142.  Resort Financial Services<br>PO Box 93742<br>Las Vegas, NV 89193-3742 | Unsecured Claim | $0.00 |
| 143.  Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161<br>30000179769921000 | Unsecured Claim | $11,239.00 |
| 144.  Shop NBC<br>PO Box 305249<br>Nashville, TN 37230-5249 | Unsecured Claim | $0.00 |
| 145.  SK Enterprises<br>5202 Bingle Rd<br>Houston, TX 77092 | Secured Claim | $2,658.00 |
| 146.  Specialized Collection System, Inc<br>PO Box 441508<br>Houston, TX 77244-1508 | Unsecured Claim | $40.00 |
| 147.  Sprint<br>899 Eaton Ave.<br>Bethlehem, PA 18025-0023 | Unsecured Claim | $0.00 |
| 148.  Sprint<br>PO Box 17990<br>Denver, CO 80217-0990 | Unsecured Claim | $0.00 |
| 149.  State Emp Cu Of Maryla<br>8501 Lasalle Rd<br>Baltimore, MD 21204<br>5430690772900673 | Unsecured Claim | $0.00 |
| 150.  State Farm<br>8900 Amberglen Blvd<br>Austin, TX 78729-1110 | Unsecured Claim | $800.00 |

in re:   **Brandon D. French, Sr.**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 151.   State Of Md/ccu<br>300 W Preston St Ste 503<br>Baltimore, MD 21201<br>9007430 | Unsecured Claim | $3,119.00 |
| 152.   Suntrust Bank<br>PO Box 305183<br>Nashville, TN 37230-5183 | Unsecured Claim | $3,000.00 |
| 153.   Suntrust Bank<br>100 Crain Hwy SW<br>Glen Burnie, MD 21061 | Unsecured Claim | $1,000.00 |
| 154.   Synergetic Comm<br>1301 E. 3rd Ave Suite 200<br>Post Falls, ID 83854 | Unsecured Claim | $0.00 |
| 155.   TD Bank<br>200 South 108th Ave<br>Omaha, NE 68154-2631 | Unsecured Claim | $0.00 |
| 156.   TD Bank<br>7926 Crain Hwy S<br>Glen Burnie, MD 21061 | Unsecured Claim | $700.00 |
| 157.   Td Banknorth Maine<br>32 Chestnut St<br>Lewiston, ME 04240 | Unsecured Claim | $0.00 |
| 158.   Tower FCU<br>1077 MO 3<br>Gambrills, MD 21060 | Unsecured Claim | $100.00 |
| 159.   Transworld Sys Inc/51<br>500 Virginia Dr Ste 514<br>Ft Washington, PA 19034<br>85567264 | Unsecured Claim | $75.00 |

in re:   **Brandon D. French, Sr.**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 160.  Transworld System Inc/<br>500 Virginia Dr Ste 514<br>Fort Washington, PA 19034<br>61245945 | Unsecured Claim | $1,075.00 |
| 161.  Transworld Systems Inc<br>PO Box 15393<br>Wilmington, DE 15393 | Unsecured Claim | $0.00 |
| 162.  Transworld Systems Inc.<br>5880 Commerce Blvd.<br>Rohmert Park, CA 94928-1651 | Unsecured Claim | $0.00 |
| 163.  TX EM-I Med Services PC<br>PO Box 99034<br>Las Vegas, NV 89193-9034 | Unsecured Claim | $79.00 |
| 164.  U S Dept Of Ed/gsl/atl<br>Po Box 4222<br>Iowa City, IA 52244<br>23601852 | Unsecured Claim | $0.00 |
| 165.  United Acceptance Inc<br>2400 Lake Park Dr<br>Smyrna, GA 30080<br>19981301 | Unsecured Claim | $0.00 |
| 166.  United Recovery Systems Inc<br>PO Box 722929<br>Houston, TX 77272-2929 | Unsecured Claim | $0.00 |
| 167.  United Recovery Systems, Inc.<br>3100 S. Gessner, Ste 400<br>Houston, TX 77063 | Unsecured Claim | $0.00 |
| 168.  University of Maryland<br>PO Box 64021<br>Baltimore, MD 21264-4021 | Unsecured Claim | $475.00 |

in re:   **Brandon D. French, Sr.**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 169. UR Furniture<br>16747 A North Freeway<br>Houston, TX 77090 | Unsecured Claim | $0.00 |
| 170. Vehicle Solutions Corp<br>104 Crandon Blvd Ste 400<br>Key Biscayne, FL 33149 | Secured Claim | $7,466.00 |
| 171. Venture General Agency<br>PO Box 1970<br>Marble Falls, SD 78654 | Unsecured Claim | $0.00 |
| 172. Verizon Wireless<br>3587 Parkway Ln<br>Norcross, GA 30092-2827 | Unsecured Claim | $0.00 |
| 173. Wachovia Bank<br>PO Box 96074<br>Charlotte, NC 28296-0074 | Unsecured Claim | $0.00 |
| 174. Webbank/fingerhut<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303<br>6369921502768277 | Unsecured Claim | $0.00 |
| 175. Wells Fargo<br>PO Box 93399<br>Albuquequer, NM 87199-3399 | Unsecured Claim | $0.00 |
| 176. Wells Fargo<br>PO Box 10438<br>Des Moines, IA 50306 | Unsecured Claim | $0.00 |
| 177. Wf Efs<br>Po Box 5185<br>Sioux Falls, SD 57117<br>57788459 | Unsecured Claim | $0.00 |

in re:   **Brandon D. French, Sr.**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 178. Woodlands Emerg Phys<br>PO Box 2487<br>Houston, TX 77252-2487 | Unsecured Claim | $1,500.00 |
| 179. Xfinity<br>One Comcast Center<br>1701 JFK Blvd<br>Philadelphia, PA 19103 | Unsecured Claim | $0.00 |
| 180. Xfinity<br>9602 S 300 W. Ste B<br>Sandy, UT 84070-3302 | Unsecured Claim | $0.00 |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

### DECLARATION

I,  **Brandon D. French, Sr.**                                                                                      ,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing   *Numbered Listing of Creditors,*
consisting of ___21___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Debtor:  **/s/ Brandon D. French, Sr.**                                          Date: 3/28/2019
         **Brandon D. French, Sr.**

Spouse:  **/s/ Neallisha S. French**                                          Date: 3/28/2019
         **Neallisha S. French**